UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04 11956 RWZ

RONALD J. POMYKALA, individually and on behalf of Class Members,

Plaintiff,

v.

PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,

Defendants.

MAGISTRATE JUDGE _____

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE _____

## NOTICE OF REMOVAL

Defendants PCFS Mortgage Resources Division of Provident Bank ("PCFS") and Provident Financial Group, Inc. ("Provident," and together with PCFS, "Defendants") file this Notice of Removal of the civil action filed against them by plaintiff Ronald J. Pomykala ("Pomykala") to the United States District Court for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 1441 *et seq.*, on the basis of the following facts that show this case is properly removable:

1. Pomykala filed a complaint against Defendants in Plymouth County Superior Court on August 9, 2004. The case is styled *Pomykala v. PCFS Mortgage Resources Division of Provident Bank and Provident Financial Group, Inc.*, Plymouth (Massachusetts) Superior Court, Civil Action No. PLCV2004-00977-B. A copy of the complaint is attached hereto as Exhibit A.

2. The complaint has not yet been served on the defendants. However, on or about August 11, 2004, plaintiff's counsel provided an attorney for Defendants with a copy of the complaint.

3. The time within which Defendants are required by the laws of the United States, 28 U.S.C. § 1446(b), to file this Notice of Removal has not yet expired.

4. Count I of Polykama's claim in this action alleges violations of 12 U.S.C. §§ 22601-17 ("RESPA"). *See* Exhibit A, Compl. at 3. Count II of Polykama's claim in this action alleges violations of 15 U.S.C. § 1692 et seq. ("Fair Debt Collection Protection Act"). *See* Exhibit A., Compl. at 3-4. Accordingly, this court has jurisdiction over Polykama's claims pursuant to 28 U.S.C. §1331 and 1367. The action may thus be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 in that it arises under the laws of the United States.

5. Assignment of this case to the Eastern Division of this Court is proper under Local Rule 40.1(D), because Polykama, the only citizen of Massachusetts among the parties, resides in that division. *See* Ex. A, Compl. at ¶¶ 1.

6. Pursuant to Local Rule 81.1(a), certified or attested copies of all records, proceedings and docket entries in the Plymouth Superior Court action shall be filed with this Court within thirty (30) days.

WHEREFORE, Defendants pray that the action *Pomykala v. PCFS Mortgage Resources Division of Provident Bank and Provident Financial Group, Inc.*, Plymouth (Massachusetts) Superior Court, Civil Action No. PLCV2004-00977-B, be removed to this Court.

Respectfully submitted,

PCFS MORTGAGE RESOURCES, DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.

By their attorneys,

HOLLAND & KNIGHT LLP

_____
Lawrence R. Kulig (BBO No. 544656)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Date: September 8, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to the below counsel via overnight delivery on this 8th day of September, 2004:

Evans J. Carter, Esq.
Hargraves, Karb, Wilcox & Galvani, LLP
550 Cochituate Road
P.O. Box 966
Framingham, MA 01701-0966

_____
Lawrence R. Kulig

# 2235191_v1