# HARGRAVES, KARB, WILCOX & GALVANI, LLP
Attorneys at Law

550 Cochituate Road
P.O. Box 966
Framingham, MA 01701-0966

Evans J. Carter, P.C.

Telephone (508) 620-0140
Telefax    (508) 875-7728

January 29, 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Robert L. Hoverson, President
Provident Financial Group, Inc.
1 East 4th Street
Cincinnati, Ohio 45202

Chief Executive Officer
PCFS Mortgage Resources Division of
Provident Bank
4221 International Parkway, Suite 150
Atlanta George 30354

Re:   Loan No. 0000779213
      Borrower: Ronald J. Pomykala
      Address: 15 Cushman Street, Plymouth, MA 02760
      AMENDMENT TO G.L. CHAPTER 93A DEMAND LETTER

Dear Sir/Madam:

Your both have received my demand letter on January 15, 2004 covering the above-stated matter as I have received the green postal receipts.

I have been advised that PCFS is still taking collection actions and this should have ceased!

Please send me a mortgage loan payoff statement as of February 9, 2004 together with a per diem interest rate forthwith, with no prepayment penalty, and the above-stated loan will be paid off in February. I have been authorized by my client to file a class action complaint if this demand is not complied with.

As an aside, my client has never requested the return of any of his checks that were sent to PCFS.

Very truly yours,

EVANS J. CARTER

EJC/aec

EXHIBIT
B