# HARGRAVES, KARB, WILCOX & GALVANI, LLP
Attorneys at Law

550 Cochituate Road
P.O. Box 966
Framingham, MA 01701-0966

Evans J. Carter, P.C.

Telephone (508) 620-0140
Telefax    (508) 875-7728

February 27, 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Caroline M. Gilroy-Brown, Esq.
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

    Re:    Loan No. 0000779213
            Ronald J. Pomykala vs. Provident Financial Group, Inc. and
            PCFS Mortgage Resources Division of Provident Bank
            2nd Amendment to G.L. Chapter 93A Demand Letter of 1/12/04 and 1/29/04

Dear Ms. Gilroy-Brown:

    Receipt is acknowledged of your letter dated February 11, 2004.

    My client paid off the above-stated loan, per my instructions, and he paid the prepayment penalty of $8,460.04 under protest as well as paying the February payment of $3,184.23 under protest.

    Demand is herewith made for a full and complete accounting and for a refund of these funds as well as any other funds that your client has wrongfully retained. The refund should have been made within 14 days of your client's receipt of the same. I have opined that it is an unfair trade practice to require my client to demand an accounting as this should have been voluntarily provided by your client.

    Query, should I be dealing with you or with the National City Corp., as I have read that they purchased both of your clients? Is the Provident name still being used? Should I be dealing with David A. Daberko, the CEO of National City Corp.?

    Your letter o February 11, 2004 to me contained numerous factual errors, such as, but not limited to:

F:\CARTER\POMYKALA\Provident\Gilroy Demand ltr.wpd


EXHIBIT D

**HARGRAVES, KARB, WILCOX & GALVANI, LLP**

Caroline M. Gilroy-Brown
Page 2
February 27, 2004

*Page 2, 1st Paragraph*: It was not "for unknown reasons,' but rather per instructions from Tammy Cole, your client's collections' supervisor, that payments were sent to a new addressed (see annexed memo).

*Page 2, 5th Paragraph:* Ms. Cole did fail to provide a suite number (see memo of 11/13/03).

*Page 3, 3rd Paragraph:* This information is wrong (see memo of 3/3/03.

*Page 3, 5th Paragraph*: This information is wrong. It was delivered <u>on 12/11/03</u> (see annexed tracking receipt).

*Page 3, 8th Paragraph:* This information is wrong as it was delivered on 12/16/03 (see annexed letter from Hopeville Post Office).

*Page 4, 1st Paragraph*: This information is wrong. It was delivered on 12/11/03 (see annexed tracking receipt.)

*Page 4, 2nd Paragraph.* This check was sent, nothing alleged about it. It was done.

*Page 4, 3rd Paragraph.* This information is wrong. Mr. Pomykala did, in fact, stop payment.

*Page 4, 4th Paragraph.* This information is wrong. Mr. Pomykala <u>never</u> said there was insufficient funds in the account.

I also enclose and incorporate by reference herein the following documents:

a.  Settlement Statement of 2/10/04;
b.  2/10/04 handwritten memo;
c.  2/10/04 phone pay receipt; and
d.  2/10/04 memo from Tammy Cole.

My client was forced to refinance his mortgage because of the shoddy and/or intentionally negligent mortgage servicing (breach of contract) and it cost him closing costs of $8,500 in cash that he paid directly relating to his new mortgage to Consumer Home Mortgage Corporation of America and demand is made for these funds as well as the prepayment penalty of $8,460.04, the funds that have wrongfully been retained and my attorney's fees, costs and interest. Your clients, simply put, do not know how to service a home mortgage loan.

F:\CARTER\POMYKALA\Provident\Gilroy Demand ltr.wpd

**HARGRAVES, KARB, WILCOX & GALVANI, LLP**

Caroline M. Gilroy-Brown
Page 3
February 27, 2004

      I have been authorized to file a class action complaint in Plymouth Superior Court and shall seek treble damages if this matte is not resolved within 30 days of your receipt of this letter.

      I remain

                              Very truly yours,

                              EVANS J. CARTER

EJC/aec
Enclosures
cc:    Client

**Main Identity**  EXHIBIT 1                                      ~~Page 1 o~~

From: "Tammy Cole" <tcole@ilcinc.com>
To: <ron.pomykala@verizon.net>
Sent: Wednesday, November 05, 2003 11:34 AM
Subject: Re: Voice Mail This Morning

I'm presuming it is the address provided to you with your statement. This is a lockbox and as a result is an automated payment processing. Something I can't really assist in tracking, should there be a delay.

~~[illegible struck-through text referencing an address at International Parkway, Atlanta GA 30354 and the front desk]~~


#1

As it has already been sent, we'll give a whirl with the address you did send the payment to.

Thank You!
Tammy Cole
Collections Supervisor
Phone #513-639-1342
Fax #513-639-5713 or
tammy.cole@providentbank.com

>>> "ron.pomykala" <ron.pomykala@verizon.net> 11/5/2003 11:29:33 AM
>>>
Thanks Tammy

Is the address the correct one ??

I used

PCFS Financial Services
PO Box 741817
Cincinnati Ohio  45274-1817

Thanks for your help


Ron Pomykala

----- Original Message -----
From: "Tammy Cole" <tcole@ilcinc.com>
To: <ron.pomykala@verizon.net>
Sent: Wednesday, November 05, 2003 11:12 AM
Subject: Voice Mail This Morning

Ron,
I received your voice mail this morning and have updated the account with regards to the payment being sent today. Wish us luck regarding

EXHIBIT 2

Page 1 of 1

**Main Identity**

From: "Tammy Cole" <tcole@ilcinc.com>
To: <ron.pomykala@verizon.net>
Sent: Thursday, November 13, 2003 3:30 PM
Subject: Re: certified mail

Ron,

I am so sorry. You are absolutely correct. The address I was given for Atlanta is missing Suite #150. I do not show the funds posted as yet but, I have documented the account beyond recognition. Please be advised that a 10 day letter was sent to you 11/12. In light of my error, please disregard the letter. Better yet, file it in the trash. I will keep checking your account for the posting of your payment.
Again, I apologize for the confusion.

Thank You!
Tammy Cole
Collections Supervisor
Phone #513-639-1342
Fax #513-639-5713 or
tammy.cole@providentbank.com

>>> "Ron Verizon" <ron.pomykala@verizon.net> 11/13/2003 10:19:26 AM >>>
here is this months payment it was mailed on November 5, 2003 the post office has no record of it. they say that I needed a suite number.

please help
Ron Pomykala

NOTICE: This message, including all attachments transmitted with it, is for the use of the addressee only. It may contain proprietary, confidential and/or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, you must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message. If you believe you have received this message in error, please delete it and all copies of it from your system and notify the sender immediately by reply e-mail. Thank you.

2/19/2004

EXHIBIT #3

12/16/2003  11:52    4047616186              HAPEVILLE POST OFFIE                PAGE  02

Direct Query - Intranet - "Quick" Search                                  Page 1 of 1



| Track/Confirm - Intranet Item Inquiry - Domestic |

Item: 7001 0360 0003 7044 7945

| Destination | ZIP Code: 40354 | City: | State: |
| Origin | ZIP Code: | City: | State: |

| Event | Date | Time | Location | Scanner ID |
| DELIVERED | 12/11/2003 | 1016 | 40354 | K661922 |

(A PS Form 3849, Delivery Receipt, has not been appended to this record. If the item was recently delivered, the Delivery Receipt may not yet have been scanned.)

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

Item Number:

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/netdata-cgi/db2www/cbd_242.d2w/OUTPUT                   12/16/2003

12/16/2003  11:52   4047616186                HAPEVILLE POST OFFIE                  PAGE  01

Hapeville Station

Attn: Mr. Ron Pomykala

RE: PFC
4221 International Parkway ste 150

Enclosed you will find a copy of the delivered mail piece dated 12/16/2003 I have identified this mail piece as delivered at this unit by the Scanner Id # 861922 however, the zip code was incorrectly entered, once again I apologize for this inconvenience.

Sincerely,
Deborah Bolton
Hapeville Post Office 30354-9998

## A. Settlement Statement

U.S. Department of Housing
And Urban Development

OMB Approval No. 2502-0265

**B. Type of Loan**

| Conv. Univ. | 6. File Number: C3-2194 | 7. Loan Number: 161030786 | 8. Mortgage Ins. Case No.: |
|---|---|---|---|

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower: Ronald J. Pomykala, 15 Cushman Street, Plymouth, MA 02360 | F. Name and Address of Lender: Consumer Home Mortgage Corporation of America 60 McGrath Highway Quincy, Massachusetts, 02169 |
|---|---|

E. Name and Address of Seller:

Seller's TIN#:

| G. Property Location: 15 Cushman Street Plymouth, MA 02360 | H. Settlement Agent: John J. Walker, Esq. Place of Settlement: 775 Pleasant Street, Unit 16, Weymouth, MA 02189 City/Cnty of Settlement: Weymouth/Norfolk | Tin #: 04-3418638 I. Settlement Date: February 10, 2004 |
|---|---|---|

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | $0.00 | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower (line 1400) | $12,006.03 | 403. | |
| 104. Payoff 1. PCFS Mortgage Resources | $464,088.04 | 404. | |
| 105. Payoff 2. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town taxes    to | | 406. City/Town taxes   to | |
| 107. County Taxes    to | | 407. County Taxes   to | |
| 108. Assessments    to | | 408. Assessments   to | |
| 109. 2003 Unpaid RE Tax | $1,373.89 | 409. | |
| 110. 2004 RE Tax | $4,522.56 | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | $481,990.52 | **420. Gross Amount Due to Seller** | |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $480,000.00 | 502. Settlement Charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1. | |
| 205. | | 505. Payoff 2. | |
| 206. | | 506. to | |
| 207. | | 507. to | |
| 208. | | 508. to | |
| 209. | | 509. to | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    to | | 510. City/town taxes   to | |
| 211. County Taxes    to | | 511. County Taxes   to | |
| 212. Assessments    to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $480,000.00 | **520. Total Reduction Amount Due Seller** | |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross amount due from borrower (line 120) | $481,990.52 | 601. Gross amount due to seller (line 420) | |
| 302. Less Amount paid by/for borrower (line 220) | ($480,000.00) | 602. Less amount paid by/for seller (line 520) | |
| **303. CASH FROM BORROWER:** | $1,990.52 | **603. CASH FROM SELLER:** | |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I and on line 401 (or if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service.
If you are required to file a return, a negligence penalty or other sanction will be imposed on you, if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTIONS: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 8252 And/or Schedule D (Form 1040). You are required by law to provide (see Box H) with your correct taxpayer identification number. If you do not provide [see box H] with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law, and under penalties of perjury. I certify that the number shown on this statement is my correct taxpayer identification number.

Seller's Signature

## L. Settlement Charges

| | | Paid From Borrowers Funds at Settlement | Paid From Sellers Funds at Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission based on Price  $0.00 @ % = | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. to | | | |
| 702. to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| 800. Items Payable In Connection With Loan | POC | | |
| 801. Loan Origination fee  1 %  Consumer Home Mortgage Corporation of America | | $4,800.00 | |
| 802. Loan Discount  % | | | |
| 803. Appraisal Fee  to | | | |
| 804. Credit Report Fee  to | | | |
| 805. Processing Fee  to Consumer Home Mortgage Corporation of America | | $325.00 | |
| 806. Application Fee  to Consumer Home Mortgage Corporation of America | | $60.00 | |
| 807. Funding Fee  to Consumer Home Mortgage Corporation of America | | $50.00 | |
| 808. Flood Certification Fee  to Consumer Home Mortgage Corporation of America | | $12.00 | |
| 809. Tax Service Fee  to Consumer Home Mortgage Corporation of America | | $70.00 | |
| 810. Underwriting Fee  to Consumer Home Mortgage Corporation of America | | $515.00 | |
| 811. to | | | |
| 812. to | | | |
| 813. to | | | |
| 814. to | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | |
| 901. Interest from  2/17/2004 to 3/1/2004 @ 81.9300 /day 13 Days | | $1,065.09 | |
| 902. Mortgage insurance premium for  mo. to | | | |
| 903. Hazard insurance premium for  1 yrs. to Flaherty Insurance Agency, Inc. | | $1,021.00 | |
| 904. Flood Insurance  yrs. to | | | |
| 905. | | | |
| 1000. Reserves Deposited With Lender | | | |
| 1001. Hazard Insurance  months @  per month | | | |
| 1002. Mortgage Insurance  months @  per month | | | |
| 1003. City property taxes  3 months @ $480.90 per month | | $1,442.70 | |
| 1007.  months @  per month | | $0.00 | |
| 1008. Aggregate Accounting Adjustment | | ($0.01) | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee to | | | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to  MacInnis Title | | $219.00 | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to  John J. Walker, Esq. | | $600.00 | |
| ( includes the above items Numbers:  1101,1106) | | | |
| 1108. Title insurance to  Fidelity National Title Insurance Company | | $1,200.00 | |
| ( Title Insurance Commission to Title Agent: $840.00) | | | |
| 1109. Lender's coverage  $480,000.00  L Prem: $1,200.00  Endorsement: $0.00 | | | |
| 1110. Owner's coverage  $0.00  O Prem: | | | |
| 1111. Obtain Municipal Lien Certificate  to John J. Walker, Esq. | | $25.00 | |
| 1112. to | | | |
| 1113. to | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording fees:  Deed  ; Mortgage $177.00 ; Releases $76.00 | | $253.00 | |
| 1202. Recording fees:  Deed  ; Mortgage | | | |
| 1203. State tax/stamps:  Deed $0.00 ; Mortgage | | | |
| 1204. Record Municipal Lien Certificate  to Plymouth County Registry of Deeds | | $67.00 | |
| 1205. Record Release of Attachment  to Plymouth County Registry of Deeds | | $77.00 | |
| 1300. Additional Settlement Charges | | | |
| 1301. Survey to DeCelle Engineering  to | | $125.00 | |
| 1302. Pest inspection  to | | | |
| 1303. Overnight/Courier Fees  to John J. Walker, Esq./UPS/Deadline Delivery | | $71.75 | |
| 1304. to | | | |
| 1305. to | | | |
| 1306. to | | | |
| 1307. Wire Fee  to Weymouth Bank | | $7.50 | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502 Section K) | | $12,006.03 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrowers                                                                                                      Sellers

Ronald J. Pomykala

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____                                                       Date: February 10, 2004
                John J. Walker

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title

2/10/04   12:45 PM   TRIED TO MAKE A PYMT
1) THE ONLINE WAS DOWN
2) CUSTOMER SERVICE WOULD NOT TAKE A CHECK

THEY SAID I HAD TO TALK WITH THE LEGAL DEPT
THEY TRANSFERRED ME TO
RIA MILLER

LEGAL STATUS IS ON THE SYSTEM WILL NOT ACCEPT

SHE WOULD NOT TAKE MY PYMT

12:59 PM TRANSFERRED ME BACK TO CUST SERV

1:36   BEEN ON HOLD FOR 37 MINUTES

1:41   GOT TAMMY COLE ON ONE LINE
SHE TOOK PYMT BY PHONE + SENT ME A FAX

PCFS MORTGAGE RESOURCES
4221 INTERNATIONAL PKWY, STE.
ATLANTA GA 30354



February 10, 2004


RONALD POMYKALA
15 CUSHMAN ST
PLYMOUTH MA  02360-4147


**PAYMENT DESCRIPTION**

| | |
|---|---|
| **Bank:** | **COMPASS BANK FOR SAVINGS** |
| **Bank Account Number:** | *******0888 |
| **Date of Check:** | Feb 10, 2004 |
| **Payable To:** | **PCFS MORTGAGE RESOURCES** |
| **Amount of Check for Payment:** | $3184.23 |
| **Customer Reference:** | 0000779213 |

Dear RONALD POMYKALA:

Based on your authorization during our telephone conversation at 01:38 P.M., Feb 10, 2004, we have initiated an automated clearing house (ACH) debit to withdraw the amount described above from your specified bank account to make the payment that you requested.

If you have any questions, or wish to make corrections to the information listed above, please contact Customer Service, at 800-735-4669.

PCFS MORTGAGE RESOURCES
4221 INTERNATIONAL PKWY, STE.
ATLANTA GA 30354

Don't give out your bank account information over the phone unless you know the company and understand why the information is necessary.
**This is not a bill. Do not mail payment.**
**Retain this letter for your records.**

00603590145