UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br><br>Plaintiff,<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br><br>Defendants. | 04 11956 RWZ<br><br>CIVIL ACTION NO.<br><br>FILING FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____<br>DATE_____ |

## CORPORATE DISCLOSURE STATEMENT
## OF PROVIDENT FINANCIAL GROUP, INC.

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 7.1, Defendant, Provident Financial Group, Inc., hereby files this Corporate Disclosure Statement and discloses the following: On July 1, 2004, Provident Financial Group, Inc., was acquired by National City Corporation, which is a publicly traded corporation.

Respectfully submitted,

DEFENDANT PROVIDENT FINANCIAL GROUP, INC.

By its attorneys,

HOLLAND & KNIGHT LLP

_____
Lawrence R. Kulig (BBO No. 544656)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Date: September 8, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to the below counsel via overnight delivery on this  8th  day of September, 2004:

>Evans J. Carter, Esq.
>Hargraves, Karb, Wilcox & Galvani, LLP
>550 Cochituate Road
>P.O. Box 966
>Framingham, MA 01701-0966

_____
Lawrence R. Kulig

# 2236842_v1