UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br><br>Plaintiff,<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04 11956 RWZ |

## CORPORATE DISCLOSURE STATEMENT OF
## PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK

Pursuant to Local Rule 7.3 and Fed. R. Civ. P. 7.1, Defendant, PCFS Mortgage Resources Division of Provident Bank, hereby files this Corporate Disclosure Statement and discloses the following: Provident Bank's parent corporation is National City Corporation, which is a publicly traded corporation. Prior to July 1, 2004, Provident Bank was a subsidiary of Provident Financial Group, Inc.

Respectfully submitted,

DEFENDANT PCFS MORTGAGE RESOURCES, DIVISION OF PROVIDENT BANK

By its attorneys,

HOLLAND & KNIGHT LLP

Lawrence R. Kulig (BBO No. 544656)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Date: September 8, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to the below counsel via overnight delivery on this _____ day of September, 2004:

>Evans J. Carter, Esq.
>Hargraves, Karb, Wilcox & Galvani, LLP
>550 Cochituate Road
>P.O. Box 966
>Framingham, MA 01701-0966

_____
Lawrence R. Kulig

# 2236665_v1