UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br><br>Plaintiff,<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-11956-RWZ |

**NOTICE OF FILING OF CERTIFIED/ATTESTED
COPIES OF STATE COURT RECORDS AND DOCKET ENTRIES**

Pursuant to the provisions of 28 U.S.C. §1441 et seq., and in accordance with Local Rule 81.1(a), defendants PCFS Mortgage Resources Division of Provident Bank and Provident Financial Group, Inc. hereby file herewith certified or attested copies of all records, proceedings and docket entries in the action entitled <u>Pomykala v. PCFS Mortgage Resources Division of Provident Bank and Provident Financial Group, Inc.</u>, Plymouth (Massachusetts) Superior Court, C.A. No. PL CV 2004-00977-B.

Respectfully submitted,

DEFENDANT PCFS MORTGAGE RESOURCES,
DIVISION OF PROVIDENT BANK

By its attorneys,

HOLLAND & KNIGHT LLP

_____
Lawrence R. Kulig (BBO No. 544656)
10 St. James Avenue
Boston, MA 02116

Date: September 15, 2004

# 2249376_v1