Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2004-00977
### Pomykala v PCFS Mortgage Resources Division of Provident bank et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 08/09/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 09/10/2004 | Session | B - Civil B - CtRm 1 (Plymouth) | | |
| Origin | 1 | Case Type | D99 - Misc equitable remedy | | |
| Lead Case | | Track | F | | |
| Service | 11/07/2004 | Answer | 01/06/2005 | Rule12/19/20 | 01/06/2005 |
| Rule 15 | 01/06/2005 | Discovery | 06/05/2005 | Rule 56 | 07/05/2005 |
| Final PTC | 08/04/2005 | Disposition | 10/03/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Ronald J. Pomykala
15 Cushman St.
Plymouth, MA 02360
Active 08/09/2004

**Private Counsel 076560**
Evans J Carter
Hargraves Karb Wilcox & Galvani
550 Cochituate Road
PO Box 966
Framingham, MA 01701-0966
Phone: 508-620-0140
Fax: 508-875-7728
Active 08/09/2004 Notify

**Defendant**
PCFS Mortgage Resources Division of Provident bank
4221 International Parkway
Suite#150
Atlanta, GA 30301
Service pending 08/09/2004

**Defendant**
Provident Financial Group, Inc.
1 East 4th. St.
Cincinnati, OH 45201
Service pending 08/09/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/09/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 08/09/2004 | | Origin 1, Type D99, Track F. |
| 08/09/2004 | 2.0 | Notice of 93A complaint sent to Attorney General |
| 09/10/2004 | 3.0 | Notice for Removal to the United States District Court filed by PCFS Mortgage Resources Division of Provident bank, Provident Financial Group, Inc. |
| 09/10/2004 | 4.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

**Commonwealth of Massachusetts**
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2004-00977
### Pomykala v PCFS Mortgage Resources Division of Provident bank et al

A TRUE COPY ATTEST

*Frances R. Powers*
CLERK