RECEIVED
SEP 1 0 2004
PLYMOUTH SUPERIOR COURT

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss                                    SUPERIOR COURT
                                                C.A. No. 04-0977

RONALD J. POMYKALA, Individually and
on behalf of Class Members,
                    Plaintiff,

v.

PCFS MORTGAGE RESOURCES DIVISION
OF PROVIDENT BANK and PROVIDENT
FINANCIAL GROUP, INC.,
                    Defendants.



FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

SEP 1 0 2004

CLERK

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, defendants PCFS Mortgage Resources, Division of Provident Bank and Provident Financial Group, Inc., hereby provide notice that a Notice of Removal of this action to the U.S. District Court for the District of Massachusetts was duly filed in the office of the Clerk of the U.S. District Court for the District of Massachusetts on September 8, 2004. A true and accurate copy of that Notice of Removal is attached hereto.

                                Respectfully submitted,

                                PCFS MORTGAGE RESOURCES, Division of
                                PROVIDENT BANK and PROVIDENCE
                                FINANCIAL GROUP, INC.

                                By their attorneys,

                                HOLLAND & KNIGHT LLP

                                _____
                                Lawrence R. Kulig (BBO No. 544656)
                                10 St. James Avenue
                                Boston, MA 02116
                                617-523-2700

Date: September 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to the below counsel via overnight delivery on this 9th day of September 2004.

>Evans J. Carter, Esq.
>Hargraves, Karb, Wilcox & Galvani, LLP
>550 Cochituate Road
>P.O. Box 966
>Framingham, MA 01701-0966

*Lawrence R. Kulig*

# 2235782_v1

A TRUE COPY ATTEST

CLERK

2