| CIVIL ACTION COVER SHEET | 04-0977 B | Trial Court of Massachusetts Superior Court Department County: Plymouth |
|---|---|---|

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| RONALD J. POMYKALA, Individually and on behalf of Class Members, | PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC. |

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
|---|---|
| Evans J. Carter, Esq. (508) 620-0140 Hargraves, Karb, Wilcox & Galvani, LLP P.O. Box 966, Framingham, MA 01701 | RECEIVED AUG - 9 2004 PLYMOUTH SUPERIOR COURT |
| Board of Bar Overseers number: 076560 | |

**Origin code and track designation**

Place an x in one box only:
[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D99 | Class Action /93A | ( F ) | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ............................................... $
  2. Total Doctor expenses ................................................ $
  3. Total chiropractic expenses .......................................... $
  4. Total physical therapy expenses ...................................... $
  5. Total other expenses (describe) ...................................... $
       Subtotal $..............
B. Documented lost wages and compensation to date ......................... $
C. Documented property damages to date .................................... $
D. Reasonably anticipated future medical and hospital expenses ............ $
E. Reasonably anticipated lost wages ...................................... $
F. Other documented items of damages (describe)
       $..............
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

       $..............
       TOTAL $..............

FILED COMMONWEALTH OF MASSACHUSETTS SUPERIOR COURT DEPT. OF THE TRIAL COURT PLYMOUTH COUNTY AUG 9 2004 CLERK

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
                                                     mortgage loan
Class action under G.L. Chapter 93A, wrongful assessment of penalty of $8,460.04
under 12 USC § 2601-17, Regulation X, 24 CFR Part 3500 and of 15 USC § 1692
                                            TOTAL $IN MILLIONS..

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____     DATE: 8/5/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000