**Holland+Knight**

Tel  617 523 2700
Fax 617 523 6850

Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
www.hklaw.com


RECEIVED
SEP 1 0 2004
PLYMOUTH SUPERIOR COURT

September 9, 2004

**LAWRENCE R. KULIG**
617-854-1464
lawrence.kulig@hklaw.com

*Via Overnight Delivery*

Civil Clerk's Office
Plymouth Superior Court
Courthouse
Court Street
Plymouth, MA 02360

    Re:   *Ronald J. Pomykala v. PCFS Mortgage Resources, et al.*
           Civil Action No. 04-0977

Dear Sir/Madam:

Enclosed for filing in the above-entitled action please find a Notice of Filing Notice of Removal to Federal Court.

Kindly stamp the enclosed copy of the Notice of Filing to indicate that it has been filed and return to me using the enclosed stamped-envelope.

Thank you for your attention to this matter.

                      Very truly yours,

                      Lawrence R. Kulig

Enclosures
cc:   Evans J. Carter, Esq. (w/encl.) (via overnight delivery)

# 2235751_v1