UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. POMYKALA, individually and
on behalf of Class Members,

                Plaintiff,

v.                                     CIVIL ACTION NO. 04-11956RWZ

PCFS MORTGAGE RESOURCES DIVISION
OF PROVIDENT BANK and PROVIDENT
FINANCIAL GROUP, INC.,

                Defendants.

## DEFENDANT'S ASSENTED TO MOTION TO
## EXTEND TIME TO FILE RESPONSIVE PLEADING

The defendants, PCFS Mortgage Resources Division of Provident Bank and Provident

Financial Group, hereby move to extend the time period in which they are required to file an

answer or otherwise respond to the complaint of the plaintiff, Ronald J. Pomykala, up to and

including Monday, October 18, 2004.

The plaintiff, by and through his counsel, assents to allowance of this motion.

Assented to:

RONALD J. POMYKALA

By his attorneys,

Evans J. Carter (PC)
Hargrave, Karab, Wilcox
  & Galvani, LLP
550 Cochituate Road
P.O. Box 966
Framingham, MA  01701-0966

Date:  September 17, 2004

PCFS MORTGAGE RESOURCES,
DIVISION
OF PROVIDENT BANK

By their attorneys,

Lawrence R. Kulig (BBO No. 544656)
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

#2249420v1