UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br>Plaintiff<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br>Defendants | **Civil Action No. 03-11839 RWZ** |

### PLAINTIFF'S AUTOMATIC REQUIRED DISCLOSURE PURSUANT TO FED.R.CIV.P. 26(a)(1) AND LOCAL RULE 26.2(A)

In accordance with Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A), Ronald J. Pomykala ("Plaintiff") hereby sets forth his automatic required disclosure.

**A.    Individuals Likely to Have Discoverable Information:**

1. Ronald J. Pomykala, Cushman Street, Plymouth, Massachusetts 02360. (Plaintiff).

2. Tammy Cole of Provident Bank (Telephone No. 513-639-1342), Cincinnati, Ohio. (Mortgage servicing agent.)

3. Caroline M. Gilroy-Brown, Esq., 180 South Main Street, Providence, RI 02903. (First outside counsel who assembled facts in order to respond to G.L. Chapter 93A demand.)

4. Elisa Mills, Esq., Provident Bank, Cincinnati, Ohio (inside counsel for Provident Bank who reviewed this matter).

5. Robert L. Hoverson, Provident Financial Group, Inc., Cincinnati, Ohio. (Policymaker re: mortgage servicing for Provident Financial Group, Inc.)

The plaintiff reserves the right to amend this list.

B. **Documents and Tangible things Relevant to Disputed Facts Alleged with Particularity in the Pleadings.**

The following documents and tangible things are relevant to disputed facts alleged with particularity in the pleadings and are retained by the Plaintiff:

1. Telephone notes of discussions with Provident Bank Financial Group, Inc.
2. Exhibits A-D, annexed to the Complaint.
3. Mortgage closing documents with New Century Mortgage Company of 3/24/03.
4. Credit Bureau Reports.

The plaintiff reserves the right to amend this list.

C. **Computation of Damages**

Ronald J. Pomykala was wrongfully required to pay a prepayment penalty in an amount of $8,460.04 plus other charges, such as late charges, and he never received an accounting covering his mortgage loan. This action has been

This action has been brought as a class action.

D. **Insurance Agreement**

The plaintiffs is not aware of any insurance policy which may cover the claim.

RONALD J. POMYKALA, Individually and
On Behalf of Class Members, Plaintiffs
By his Attorney

Evans J. Carter, Esq. (BBO# 076560)
HARGRAVES, KARB, WILCOX & GALVANI
550 Cochituate Road - Post Office Box 966
Framingham, MA 01701-0966
(508) 620-0140

DATED: September 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the attorney of record for each party by mailing same to:

>Lawrence R. Kulig, Esq.
>Holland & Knight LLP
>10 St. James Avenue
>Boston, MA 02116

on this 15th day of September, 2004.

_____
Evans J. Carter