## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br>　　　　　　　　　　　　Plaintiff<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br>　　　　　　　　　　　　Defendants | **CIVIL ACTION NO. 04-11956 RWZ** |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Evans J. Carter, as counsel for the plaintiff, Ronald J. Pomykala, hereby certify and affirm that I have conferred with respect to establishing a budget for the costs of full litigation and of various other alternative courses.  Further, I have considered the use of alternative methods of resolving this dispute, including those methods outlined in Local Rule 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

Dated:   October 27, 2004

　　　　　　　　　　　　　　　　　　　　　　／s／ Evans J. Carter
　　　　　　　　　　　　　　　　　　　　　　Evans J. Carter, Esq.

F:\CARTER\POMYKALA\PROVIDENT\CERTIFICATION 16.WPD