UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br>                                              Plaintiff<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br>                                              Defendants | **Civil Action No. 04-11956 RWZ** |

## JOINT STATEMENT

Pursuant to Local rule 16.1 and the applicable Federal Rules of Civil Procedure, the parties in the above referenced matter hereby submit their Joint Statement.

### I.   PROPOSED PRE-TRIAL SCHEDULE

The parties have agreed to the following schedule with respect to the pre-trial proceedings in this matter:

| Date | Event |
|---|---|
| December 10, 2004 | Parties shall exchange mandatory disclosures and all documents identified in mandatory disclosures. |
| March 15, 2005 | Deposition of plaintiff to be completed. |
| April 15, 2005 | Deadline for filing of pleadings to joint new parties and 30(b)(6) deposition of defendants to be completed. |
| May 15, 2005 | Written discovery to be completed. |
| June 15, 2005 | All fact discovery (including depositions) to be completed. |
| July 15, 2005 | Motion for Class Action Certification to be filed. |
| August 15, 2004 | Expert reports of plaintiff to be served. |
| September 15, 2004 | Expert reports of defendants to be served. |

September 30, 2004         Expert depositions to be completed.

October 20, 2005           All summary judgment motions to be filed.

The parties reserve the right to file motions for full or partial summary judgment at any time before, during or after discovery.

## II   PHASING OF DISCOVERY

The parties agree that the phasing of discovery, as set forth above, should enable the parties to develop information needed for a realistic assessment of this case by May 15, 2005, the date upon which written discovery is to be completed and the plaintiff's deposition shall be taken. The parties request that the court schedule a status or settlement conference during June 2005 in order to determine whether the case can be settled or whether some form of ADR is appropriate. If this case is not resolved as a consequence, the second phase of discovery will be directed at obtaining information needed to prepare for trial.

## III.   CERTIFICATION

Counsel certify that they have conferred with their clients with a view to establishing a budget for the cots of conducting the full course and various alternative courses of this litigation and that they have agreed to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local rule 16.4.

| | |
|---|---|
| RONALD J. POMYKALA, Individually and on Behalf of Class Members, Plaintiff By his Attorney | PCFS Mortgage Resources Division of Provident Bank and Provident Financial Group, Inc., Defendants By their Attorney |
| /s/ Evans J. Carter<br>Evans J. Carter, Esq. (BBO # 076560)<br>Hargraves, Karb, Wilcox & Galvani, LLP<br>550 Cochituate Road - Post Office Box 966<br>Framingham, MA 01701-0966<br>(508) 620-0140 | /s/ Lawrence R. Kulig<br>Lawrence R. Kulig (BBO # 544656)<br>Holland & Knight, LLP<br>10 St James Street<br>Boston, MA 02116<br>(617) 523-2700 |

DATED: November 12, 2004