UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br><br>                                   Plaintiff<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br><br>                                   Defendants | CIVIL ACTION NO. 04-11956 RWZ |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

      Pursuant to Local Rule 7.1(a)(2), I certify that counsel for the plaintiff conferred and communicated with counsel for the defendants and attempted in good faith to resolve the Motion for Leave to File First Amended Complaint but was unable to do so.

      Respectfully submitted,

      RONALD J. POMYKALA, Individually and
      on Behalf of Class Members, Plaintiff
      By his Attorney


      /s/ Evans J. Carter
      Evans J. Carter, Esq. (BBO # 076560)
      Hargraves, Karb, Wilcox & Galvani, LLP
      550 Cochituate Road – P. O. Box 966
      Framingham, MA  01701-0966
      (508) 620-0140

DATED:  January 13, 2005