UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br><br>Plaintiff,<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-11956-RWZ |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, PCFS Mortgage Resources Division of Provident Bank and Provident Financial Group, Inc., pursuant to Fed. R. Civ. P. 56, move for the entry of summary judgment in their favor dismissing all counts of the plaintiff, Ronald J. Pomykala's, First Amended Complaint. As grounds for their motion, the defendants state that there are no genuine, material issues of fact in dispute and the defendants are entitled to judgment as a matter of law.

The defendants' motion is supported by the Statement of Material Facts Not in Dispute (which incorporates the Affidavits of Tammy Cole and Stephen Gabbard), together with the accompanying memorandum.

WHEREFORE, the defendants respectfully request that their motion be granted.[1]

                                                              PCFS MORTGAGE RESOURCES DIVISION OF
                                                              PROVIDENT BANK AND PROVIDENT
                                                              FINANCIAL GROUP, INC.
                                                              By their attorney,

                                                              _____
                                                              Lawrence R. Kulig (BBO #544656)
                                                              **HOLLAND + KNIGHT LLP**
                                                              10 St. James Avenue
                                                              Boston, Massachusetts 02116
                                                              (617) 523-2700

Dated:     January 27, 2005

# 2381207_v1

---

[1] The defendants have simultaneously herewith served a motion for sanctions pursuant to Fed. R. Civ. P. 11 upon plaintiff's counsel, which they intend to file with the Court in 21 days.