# EXHIBIT A
*(Affidavit of Tammy Cole)*

Loan Number  0000779213

# PREPAYMENT RIDER
## ADJUSTABLE RATE LOAN - MASSACHUSETTS

This Prepayment Rider is made this 6th day of January, 2003 and is incorporated into and shall be deemed to amend and supplement the Promissory Note (the "Note") and Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure repayment of Borrower's Note to

The Anyloan Company

(the"Lender").

To the extent that the provisions of this Prepayment Rider are inconsistent with the provisions of the Note and/or Security Instrument, the provisions of this Rider shall prevail over and shall supersede any such inconsistent provisions of the Note and/or Security Instrument.

In addition to the covenants and agreements made in the Note and Security Instrument, the Borrower and Lender further covenant and agree as follows:

## 5. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as Prepayment if I have not made all the monthly payment due under this Note.

Except as provided below, I may make a Full Prepayment or Partial Prepayments without paying any Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount before applying my Prepayment to reduce the Principal amount of this Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes. My partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

However, if within the first 2 year(s) after the execution of the Security Instrument I make a Full Prepayment, I will pay a prepayment charge subject to the following limitations: (a) if I make a Full Prepayment, the prepayment charge will not exceed the lesser of three (3) months' interest or the remaining balance of the first year's interest; and (b) if I make a Full Prepayment for the purpose of refinancing my loan with another financial institution, an additional payment not in excess of three (3) months' interest will be required. In no event will such charge be made if it violates state or federal law.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Prepayment Rider.

_____
RONALD J. POMYKALA

_____

_____    _____

NCMC
ARM Prepay Rider - Massachusetts
RE-249 SCB 8684  3/21/02