# EXHIBIT B
*(Affidavit of Tammy Cole)*

Date: 10/21/2003  Time: 5:31:44 PM



**PCFS Mortgage Resources**
A Division of The Provident Bank, an Ohio Banking Corporation
4221 International Pkwy, Suite 15
Atlanta, GA 30354

**MORTGAGE LOAN STATEMENT**

BORROWER NAME(S): RONALD J POMYKALA

PROPERTY ADDRESS: 15 CUSHMAN STREET
PLYMOUTH, MA 02360-0000

| | |
|---|---|
| LOAN NUMBER: | 0000779213 |
| STATEMENT DATE: | 10/17/2003 |
| PRINCIPAL BALANCE: | $452,636.27 |
| ESCROW BALANCE: | $0.00 |
| UNAPPLIED BALANCE: | $0.00 |
| YEAR TO DATE INTEREST: | $17,019.72 |
| YEAR TO DATE TAX: | $0.00 |
| CURRENT INTEREST RATE: | 7.500% |
| PAYMENT DUE DATE: | 11/1/2003 |
| PAYMENT AMOUNT DUE: | $3,184.23 |
| PAST DUE PAYMENTS: | $3,184.23 |
| UNPAID LATE CHARGES: | $95.53 |
| RETURN CHECK FEES: | $0.00 |
| MISCELLANEOUS FEES: | $0.00 |
| TOTAL AMOUNT NOW DUE: | $6,463.99 |
| ON OR AFTER 11/16/2003 INCLUDE LATE CHARGE | $6,559.52 |

*The principal balance above is not the total amount required to payoff your loan in full

#BWNHCGJ
RONALD J POMYKALA
15 CUSHMAN STREET
PLYMOUTH, MA 02360-0000

If any of the information shown above is incorrect, please indicate corrections on the back of the payment coupon.

**TRANSACTION ACTIVITY SINCE LAST STATEMENT**

| TRANSACTION DESCRIPTION | DUE DATE | TRANSACTION DATE | TOTAL RECEIVED | PRINCIPAL | INTEREST | ESCROW | OPTIONAL INSURANCE | MISC. OR FEES |
|---|---|---|---|---|---|---|---|---|
| Late Charge Assess | 10/1/2003 | 10/16/2003 | | | | | | -$95.53 |
| Late Charge Waive | 10/1/2003 | 9/24/2003 | | | | | | $95.53 |
| Regular Payment | 9/1/2003 | 9/17/2003 | $95.53 | | | | | |
| Late Charge Assess | 9/1/2003 | 9/16/2003 | $3,184.23 | $353.05 | $2,831.18 | | | -$95.53 |

**SPECIAL MESSAGES**

Dear Mortgagor(s)
PCFS Mortgage Resources values you as a customer. To enable us to provide you with the best possible service, the following information is provided for your review and future reference.
PAYMENTS
All payments should be mailed to PCFS Mortgage Resources P.O. Box 741817 Cincinnati, OH 45274-1817. At the bottom of this statement is a payment coupon to be used when making your next monthly payment. The above referenced account number should be written on your check.
AUTOMATIC PAYMENT WITHDRAW (auto draft)
To receive information about the benefits of this worry free method of making your mortgage payment, please call our Customer Service Department.
Please notify our Customer Service Department if you are already an auto draft client and you plan to pay your loan in full within 15 days of your due date.
ADDITIONAL SERVICES
As a benefit to our customers, PCFS offers a 24 hour access to your account information. You can utilize our dial up Voice Response Unit by dialing 1(800) 969-0703 or you can access our website at www.pcfs.com.
PCFS is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.
SERVICER INFORMATION
Your loan is serviced by The Provident Bank, an Ohio Banking Corporation. The Provident Bank also does business as The Provident Bank, Inc., PCFS Mortgage Resources, PCFS Financial Services, Inc., Provident Consumer Financial Services and PCFS.
PCFS is committed to providing quality customer service.

---

**PAYMENT COUPON**

PCFS MORTGAGE RESOURCES
PO BOX 741817
CINCINNATI, OH 45274-1817

BORROWER NAME(S):
RONALD J POMYKALA

DETACH AND RETURN WITH YOUR PAYMENT

☐ Check the box if name or mailing address is incorrect and complete form on reverse side.

| | |
|---|---|
| AN NUMBER: | 0000779213 |
| YMENT DUE DATE: | 11/1/2003 |
| MENT AMOUNT DUE: | $3,184.23 |
| T DUE PAYMENTS: | $3,184.23 |
| AID LATE CHARGES: | $95.53 |
| RN CHECK FEES: | $0.00 |
| ELLANEOUS FEES: | $0.00 |
| L AMOUNT NOW DUE: | $6,463.99 |

PCFS MORTGAGE RESOURCES
PO BOX 741817
CINCINNATI OH 45274-1817

$ ☐☐☐☐☐☐

Additional Principal   $ _____
Additional Escrow      $ _____
Other                  $ _____
                       $ _____