# EXHIBIT C
*(Affidavit of Tammy Cole)*

Loanhist.rpt

09/01/2004  2:36:05PM

# PCFS Mortgage Resources
## Loan History Summary

Page #1

| Loan ID | Borrower Name |
|---|---|
| 0000779213 | RONALD J POMYKALA |

| Trans Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/03 | 04/01/03 | New Loan | 0 | 0 | 454,721.93 | | 454,721.93 | | | | | 0.00 | |
| 04/14/03 | 04/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 342.22 | 454,379.71 | 2,842.01 | | | | 0.00 | |
| 05/15/03 | 05/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 344.36 | 454,035.35 | 2,839.87 | | | | 0.00 | |
| 06/13/03 | 06/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 346.51 | 453,688.84 | 2,837.72 | | | | 0.00 | |
| 07/11/03 | 07/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 348.67 | 453,340.17 | 2,835.56 | | | | 0.00 | |
| 07/14/03 | 08/01/03 | Regular Payment | 0 | 1 | 3,184.23 | 350.85 | 452,989.32 | 2,833.38 | | | | 0.00 | |
| 07/15/03 | 08/01/03 | Regular Payment | 1 | 0 | (3,184.23) | (350.85) | 453,340.17 | (2,833.38) | | | | 0.00 | |
| 08/11/03 | 08/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 350.85 | 452,989.32 | 2,833.38 | | | | 0.00 | |
| 09/16/03 | 09/01/03 | Late Charge Asses | 0 | 0 | (95.53) | | 452,989.32 | | | | (95.53) | 95.53 | |
| 09/17/03 | 09/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 353.05 | 452,636.27 | 2,831.18 | | | | 95.53 | |
| 09/24/03 | 10/01/03 | Late Charge Waive | 0 | 0 | 95.53 | | 452,636.27 | | | | 95.53 | 0.00 | |
| 10/16/03 | 10/01/03 | Late Charge Asses | 0 | 0 | (95.53) | | 452,636.27 | | | | (95.53) | 95.53 | |
| 10/21/03 | 10/01/03 | Late Charge Waive | 0 | 0 | 95.53 | | 452,636.27 | | | | 95.53 | 0.00 | |
| 10/21/03 | 10/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 355.25 | 452,281.02 | 2,828.98 | | | | 0.00 | |
| 11/16/03 | 11/01/03 | Late Charge Asses | 0 | 0 | (95.53) | | 452,281.02 | | | | (95.53) | 95.53 | |
| 11/18/03 | 11/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 357.47 | 451,923.55 | 2,826.76 | | | | 95.53 | |
| 11/18/03 | 12/01/03 | Late Charge Waive | 0 | 0 | 95.53 | | 451,923.55 | | | | 95.53 | 0.00 | |
| 12/16/03 | 12/01/03 | Late Charge Asses | 0 | 0 | (95.53) | | 451,923.55 | | | | (95.53) | 95.53 | |
| 12/22/03 | 12/01/03 | Unapplied Payment | 0 | 0 | 3,184.23 | | 451,923.55 | | | | | 95.53 | |
| 12/26/03 | 12/01/03 | Unapplied Payment | 0 | 0 | (3,184.23) | | 451,923.55 | | | | | 95.53 | |
| 12/26/03 | 12/01/03 | Regular Payment | 0 | 6 | 3,184.23 | 359.71 | 451,563.84 | 2,824.52 | | | | 95.53 | |
| 12/29/03 | 01/01/04 | Late Charge Waive | 0 | 0 | 95.53 | | 451,563.84 | | | | 95.53 | 0.00 | |
| 01/02/04 | 12/01/03 | Regular Payment | 6 | 0 | (3,184.23) | (359.71) | 451,923.55 | (2,824.52) | | | | 0.00 | |
| 01/02/04 | 12/01/03 | NSF Fee Assessme | 0 | 0 | (25.00) | | 451,923.55 | | | | | 0.00 | |
| 01/02/04 | 12/01/03 | WebSite Pmt Fee P | 0 | 0 | (3.00) | | 451,923.55 | | | | | 0.00 | |
| 01/07/04 | 12/01/03 | Unapplied Payment | 0 | 0 | 6,368.46 | | 451,923.55 | | | | | 0.00 | |
| 01/08/04 | 12/01/03 | Unapplied Payment | 0 | 0 | (6,368.46) | | 451,923.55 | | | | | 0.00 | |
| 01/08/04 | 12/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 359.71 | 451,563.84 | 2,824.52 | | | | 0.00 | |
| 01/08/04 | 01/01/04 | Regular Payment | 0 | 0 | 3,184.23 | 361.96 | 451,201.88 | 2,822.27 | | | | 0.00 | |
| 01/29/04 | 02/01/04 | NSF Fee Waiver | 0 | 0 | 25.00 | | 451,201.88 | | | | | 0.00 | |
| 01/29/04 | 02/01/04 | WebSite Pmt Fee W | 0 | 0 | 3.00 | | 451,201.88 | | | | | 0.00 | |
| 02/06/04 | 02/01/04 | Payoff Fax Assess | 0 | 0 | (15.00) | | 451,201.88 | | | | | 0.00 | |
| 02/10/04 | 02/01/04 | Regular Payment | 0 | 0 | 3,184.23 | 364.22 | 450,837.66 | 2,820.01 | | | | 0.00 | |
| 02/17/04 | 03/01/04 | Fax Service Assess | 0 | 0 | (15.00) | | 450,837.66 | | | | | 0.00 | |
| 02/19/04 | 03/01/04 | Escrow Only Payme | 0 | 0 | 92.62 | | 450,837.66 | | 92.62 | 92.62 | | 0.00 | |
| 02/19/04 | 03/01/04 | Payoff | 0 | 0 | 452,505.14 | 450,837.66 | 0.00 | 1,667.48 | | 92.62 | | 0.00 | |

Loanhist.rpt

09/01/2004  2:36:05PM

# PCFS Mortgage Resources
## Loan History Summary

Page #2

| Loan ID | Borrower Name |
|---|---|
| 0000779213 | RONALD J POMYKALA |

| Trans Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/04 | 03/01/04 | Prepayment Penal | 0 | 0 | 8,453.21 | | 0.00 | 8,453.21 | | 92.62 | | 0.00 | |
| 02/19/04 | 03/01/04 | Release Fee | 0 | 0 | 15.00 | | 0.00 | | | 92.62 | | 0.00 | |
| 02/19/04 | 03/01/04 | Payoff Fax Pmt | 0 | 0 | 15.00 | | 0.00 | | | 92.62 | | 0.00 | |
| 02/19/04 | 03/01/04 | Fax Service Pmt | 0 | 0 | 15.00 | | 0.00 | | | 92.62 | | 0.00 | |
| 03/17/04 | 03/01/04 | Escrow Refund | 0 | 0 | (92.62) | | 0.00 | | (92.62) | | | 0.00 | |
| | | | | | | | $454,721.93 | $41,262.95 | | $0.00 | | | $0.00 |