# EXHIBIT A
*(Affidavit of Stephen Gabbard)*

| A. Settlement Statement | U.S Department of Housing And Urban Development | OMB Approval No. 2502-0265 |
|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ Conv. Unins. | 6. File Number: 7296 | 7. Loan Number: 0000779213 | 8. Mortgage Ins. Case No.: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name and Address of Borrower:**
Ronald J. Pomykala, 109 Sandwich Street, Plymouth, MA 02360

**E. Name and Address of Seller:**
Tiziana Todde Miele, 15 Cushman Street, Plymouth, MA 02360

Seller's TIN#:

**F. Name and Address of Lender:**
The Anyloan Company
340 Commerce Suite 200
Irvine, CA, 92602

**G. Property Location:**
15 Cushman Street
Plymouth, MA 02360

**H. Settlement Agent:** Joanne P. Duffy

Place of Settlement: 345 Court Street, Plymouth, MA 02360

City/Cnty of Settlement: Plymouth   Plymouth

January 6, 2003

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | $506,000.00 | 401. Contract sales price | $506,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $13,219.49 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes         to | | 406. City/town taxes         to | |
| 107. County taxes         to | | 407. County taxes         to | |
| 108. Assessments         to | | 408. Assessments         to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **$519,219.49** | **420. Gross Amount Due To Seller** | **$506,000.00** |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | $5,000.00 | 501. Excess deposit (see instructions) | $2,500.00 |
| 202. Principal amount of new loan(s) | $455,400.00 | 502. Settlement charges to seller (line 1400) | $38,405.36 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1 Mortgage Electronic Registration Syst | $262,714.93 |
| 205. | | 505. Payoff 2 | |
| 206. | | 506. final water         toPlymouth | $588.95 |
| 207. | | 507.         to | |
| 208. | | 508.         to | |
| 209. | | 509.         to | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes  1/01/2003 to 01/05/2003 | $52.98 | 510. City/town taxes  1/01/2003 to 01/05/2003 | $52.98 |
| 211. County taxes         to | | 511. County taxes         to | |
| 212. Assessments         to | | 512. Assessments         to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$460,452.98** | **520. Total Reduction Amount Due Seller** | **$304,262.22** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross amount due from borrower (line 120) | $519,219.49 | 601. Gross amount due to seller (line 420) | $506,000.00 |
| 302. Less amount paid by/for borrower (line 220) | ($460,452.98) | 602. Less amount paid by/for seller (line 520) | ($304,262.22) |
| **303. CASH  ☒FROM ☐TO  BORROWER:** | **$58,766.51** | **603. CASH  ☒TO ☐FROM  SELLER:** | **$201,737.78** |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I and on line 401 (or if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. you are required to file a return, a negligence penalty or other sanction will be imposed on you, if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTIONS: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return: for other transactions, complete the applicable parts of Form 4797, Form 8252 And/or Schedule D (Form 1040). You are required by law to provide [see box H] with your correct taxpayer identification number. If you do not provide [see box H] with you correct taxpayer identification number, you may subject to civil or criminal penalties imposed by law, and provisions of perjury. I certify that the number shown on this statement is my correct taxpayer identification number.

Seller's Signature

**EXHIBIT 4**

| L. Settlement Charges | | | | | | Paid From Borrowers Funds at Settlement | Paid From Sellers Funds at Settlement |
|---|---|---|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price | | $506,000.00 @ | | % = | $36,000.00 | | |
| Division of Commission (line 700) as follows: | | | | | | | |
| 701. $36,000.00 to New England Commercial Real Estate | | | | | | | |
| 702. to | | | | | | | |
| 703. Commission paid at Settlement | | | | | | | $36,000.00 |
| 704. | | | | | | | |
| 800. Items Payable In Connection With Loan | | | | | | | |
| 801. Loan Origination fee | 2 % | National City Mortgage | | POC: | | $9,108.00 | |
| 802. Loan Discount | % | | | POC: | | | |
| 803. Appraisal Fee | | to National City Mortgage | | POC: | $275.00 | | |
| 804. Credit Report Fee | | to National City Mortgage | | POC: | | $16.50 | |
| 805. Underwriting Fee | | to The Anyloan Company | | POC: | | $300.00 | |
| 806. Document Fee | | to The Anyloan Company | | POC: | | $200.00 | |
| 807. | | to | | POC: | | | |
| 808. Flood Certification Fee | | to The Anyloan Company | | POC: | | $11.20 | |
| 809. Tax Service Fee | | to The Anyloan Company | | POC: | | $78.00 | |
| 810. | | to | | POC: | | | |
| 811. | | to | | POC: | | | |
| 812. | | to | | POC: | | | |
| 813. | | to | | POC: | | | |
| 814. yiels service premium (4554.00 pd by Anyl | | to National City Mortgage | | POC: | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | | | | | |
| 901. Interest from | 1/06/2003 | to 1/01/2003 @ | | 93.58 / day -5 | Days | ($467.90) | |
| 902. Mortgage insurance premium for | | mo. to | | | | | |
| 903. Hazard insurance premium for | 1 | yrs. to Quincy Mutual (1186 pd to 01/06/04) | | | | | |
| 904. Flood insurance | | yrs. to | | | | | |
| 905. Pay 2/01/03 Plymouth tax bill | | | | | | $1,336.89 | |
| 1000. Reserves Deposited With Lender | | | | | | | |
| 1001. Hazard insurance | | months @ | | per month | | | |
| 1002. Mortgage insurance | | months @ | | per month | | | |
| 1003. City property taxes | | months @ | | per month | | $0.00 | |
| 1007. | | months @ | | per month | | | |
| 1008. Aggregate Accounting Adjustment | | | | | | | |
| 1100. Title Charges | | | | | | | |
| 1101. Settlement or closing fee to | | | | | | | |
| 1102. Abstract or title search to | | | | | | | |
| 1103. Title examination to | | | | | | | |
| 1104. Title insurance binder to | | | | | | | |
| 1105. Document preparation to | | | | | | | |
| 1106. Notary fees to | | | | | | | |
| 1107. Attorney's fees to | | Attorney Joanne P. Duffy | | | | $600.00 | |
| (includes above items Numbers: 1101, 1103, 1105 | | | | | ) | | |
| 1108. Title insurance to | | First American Title Insurance Company | | | | $1,769.80 | |
| (includes above items Numbers: To JPD | | $1,061.88 | To TI | $707.92 | ) | | |
| 1109. Lender's coverage $455,400.00 | | L Prem: $1,140.00 | | | | | |
| 1110. Owner's coverage $506,000.00 | | O Prem: $629.80 | | | | | |
| 1111. Obtain MLC | | | | to Plymouth | | $25.00 | |
| 1112. Mortgage discharge fee | | | | to Attorney Joanne Duffy | | | $50.00 |
| 1113. Title Insurance Commission to Title Agent | | | | to | | | |
| 1200. Government Recording and Transfer Charges | | | | | | | |
| 1201. Recording fees: Deed | | $47.00 ; Mortgage | | $54.00 ; Releases | $32.00 | $101.00 | $32.00 |
| 1202. City/county tax/stamps: Deed | | | | ; Mortgage | | | |
| 1203. State tax/stamps: Deed | | $2,307.36 ; Mortgage | | | | | $2,307.36 |
| 1204. | | to | | | | | |
| 1205. Record Municipal Lien | | to Plymouth County | | | | $16.00 | |
| 1300. Additional Settlement Charges | | | | | | | |
| 1301. Survey to | C & S Engineering | | | | | $125.00 | |
| 1302. Pest inspection to | | | | | | | |
| 1303. Mortgage Payoff Fees | | to Fed Ex | | | | | $16.00 |
| 1304. | | to | | | | | |
| 1305. | | to | | | | | |
| 1306. | | to | | | | | |
| 1307. | | to | | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502 Section K) | | | | | | $13,219.49 | $38,405.36 |

have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I urther certify that I have received a copy of the HUD-1 Settlement Statement.

Borrowers                                                              Sellers

onald J. Pomykala                                                   Tiziana Todde Miele

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be dispursed in accordance with this statement

Settlement Agent                                                  Date    January 6, 2003