# EXHIBIT B
*(Affidavit of Stephen Gabbard)*

# Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2502-0265

| Type of Loan | | | |
|---|---|---|---|
| Conv. Univ. | 6. File Number: 03-2194 | 7. Loan Number: 161030786 | 8. Mortgage Ins. Case No.: |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower: | E. Name and Address of Seller: | F. Name and Address of Lender: |
|---|---|---|
| Ronald J. Pomykala, 15 Cushman Street, Plymouth, MA 02360 | Seller's TIN#: | Consumer Home Mortgage Corporation of America<br>60 McGrath Highway<br>Quincy, Massachusetts, 02169 |

| G. Property Location: | H. Settlement Agent: | Tin #: 04-3418638 |
|---|---|---|
| 15 Cushman Street<br>Plymouth, MA 02360 | John J. Walker, Esq.<br><br>Place of Settlement:<br>775 Pleasant Street, Unit 16, Weymouth, MA 02189<br><br>City/Cnty of Settlement: Weymouth/Norfolk | I. Settlement Date:<br>February 10, 2004 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due to Seller | |
| 101. Contract Sales Price | $0.00 | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower (line 1400) | $12,006.03 | 403. | |
| 104. Payoff 1. PCFS Mortgage Resources | $461,095.97 | 404. | |
| 105. Payoff 2. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town taxes   to | | 406. City/Town taxes   to | |
| 107. County Taxes   to | | 407. County Taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. 2003 Unpaid RE Tax | $1,373.89 | 409. | |
| 110. 2004 RE Tax | $4,522.56 | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | $478,998.45 | 420. Gross Amount Due to Seller | |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $480,000.00 | 502. Settlement Charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1. | |
| 205. | | 505. Payoff 2. | |
| 206. | | 506. to | |
| 207. | | 507. to | |
| 208. | | 508. to | |
| 209. | | 509. to | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes   to | | 510. City/town taxes   to | |
| 211. County Taxes   to | | 511. County Taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | $480,000.00 | 520. Total Reduction Amount Due Seller | |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross amount due from borrower (line 120) | $478,998.45 | 601. Gross amount due to seller (line 420) | |
| 302. Less Amount paid by/for borrower (line 220) | ($480,000.00) | 602. Less amount paid by/for seller (line 520) | |
| 303. CASH TO BORROWER: | $1,001.55 | 603. CASH FROM SELLER: | |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I and on line 401 (or if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you, if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTIONS: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 And/or Schedule D (Form 1040). You are required by law to provide (see Box H) with your correct taxpayer identification number. If you do not provide (see box H) with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law, and under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

Seller's Signature

Previous editions are obsolete          Page 1 of 2          form HUD-1 (3/86)
                                                             Ref Handbook 4305.2

| L. Settlement Charges | | | | |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on Price  $0.00 @ % = | | | Paid From Borrowers Funds at Settlement | Paid From Sellers Funds at Settlement |
| Division of Commission (line 700) as follows: | | | | |
| 701. | to | | | |
| 702. | to | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| 800. Items Payable In Connection With Loan | | POC | | |
| 801. Loan Origination fee | 1 % Consumer Home Mortgage Corporation of America | | $4,800.00 | |
| 802. Loan Discount | % | | | |
| 803. Appraisal Fee | to | | | |
| 804. Credit Report Fee | to | | | |
| 805. Processing Fee | to Consumer Home Mortgage Corporation of America | | $325.00 | |
| 806. Application Fee | to Consumer Home Mortgage Corporation of America | | $60.00 | |
| 807. Funding Fee | to Consumer Home Mortgage Corporation of America | | $50.00 | |
| 808. Flood Certification Fee | to Consumer Home Mortgage Corporation of America | | $12.00 | |
| 809. Tax Service Fee | to Consumer Home Mortgage Corporation of America | | $70.00 | |
| 810. Underwriting Fee | to Consumer Home Mortgage Corporation of America | | $515.00 | |
| 811. | to | | | |
| 812. | to | | | |
| 813. | to | | | |
| 814. | to | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | | |
| 901. Interest from | 2/17/2004 to 3/1/2004 @ 81.9300 /day 13 Days | | $1,065.09 | |
| 902. Mortgage insurance premium for | mo. to | | | |
| 903. Hazard Insurance premium for | 1 yrs. to Flaherty Insurance Agency, Inc. | | $1,021.00 | |
| 904. Flood Insurance | yrs. to | | | |
| 905. | | | | |
| 1000. Reserves Deposited With Lender | | | | |
| 1001. Hazard Insurance | months @ per month | | | |
| 1002. Mortgage Insurance | months @ per month | | | |
| 1003. City property taxes | 3 months @ $480.90 per month | | $1,442.70 | |
| 1007. | months @ per month | | $0.00 | |
| 1008. Aggregate Accounting Adjustment | | | ($0.01) | |
| 1100. Title Charges | | | | |
| 1101. Settlement or closing fee to | | | | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | MacInnis Title | | $219.00 | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to | John J. Walker, Esq. | | $600.00 | |
| ( includes the above items Numbers: 1101,1106) | | | | |
| 1108. Title insurance to | Fidelity National Title Insurance Company | | $1,200.00 | |
| ( Title Insurance Commission to Title Agent: $840.00) | | | | |
| 1109. Lender's coverage | $480,000.00  L Prem: $1,200.00 | Endorsement $0.00 | | |
| 1110. Owner's coverage | $0.00  O Prem: | | | |
| 1111. Obtain Municipal Lien Certificate | to John J. Walker, Esq. | | $25.00 | |
| 1112. | to | | | |
| 1113. | to | | | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording fees: Deed ; Mortgage $177.00 ; Releases $76.00 | | | $253.00 | |
| 1202. Recording fees: Deed ; Mortgage | | | | |
| 1203. State tax/stamps: Deed $0.00 ; Mortgage | | | | |
| 1204. Record Municipal Lien Certificate | to Plymouth County Registry of Deeds | | $67.00 | |
| 1205. Record Release of Attachment | to Plymouth County Registry of Deeds | | $77.00 | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Survey to DeCelle Engineering | to | | $125.00 | |
| 1302. Pest inspection | to | | | |
| 1303. Overnight/Courier Fees | to John J. Walker, Esq./UPS/Deadline Delivery | | $71.75 | |
| 1304. | to | | | |
| 1305. | to | | | |
| 1306. | to | | | |
| 1307. Wire Fee | to Weymouth Bank | | $7.50 | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502 Section K) | | | $12,006.03 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrowers                                          Sellers

Ronald J. Pomykala

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____                    Date: February 10, 2004
                  John J. Walker

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title