UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br>Plaintiff<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br>Defendants | **Civil Action No. 04-11956 RWZ** |

## <u>AFFIDAVIT OF RONALD J. POMYKALA</u>

I, Ronald J. Pomykala, under oath and based on personal knowledge, deposes and says as follows:

1.       At all times material hereto, I have resided at 15 Cushman Street, Plymouth, Plymouth County, Massachusetts, which is my home.

2.       On or about January 6, 2003, I purchased my home and obtained a mortgage loan from New Century Mortgage Corporation in an amount of $455,400.00. Monthly payments in an amount of $3,184.23 commenced on February 1, 2003. A copy of the Settlement Statement is annexed hereto and marked as Exhibit A.

3.       This mortgage loan was assigned by New Century Mortgage Corporation on March 10, 2003, effective on March 24, 2003, and the defendants started to service the mortgage loan on or about that date. (A copy of the notice letter to me is annexed hereto and marked as Exhibit B. Payments were to be sent to PCFS Mortgage Resources at 4221 International Parkway, Suite 150, <u>Atlanta</u>, Georgia 30354, as stated in said letter.

4.       Tammy Cole, in her Affidavit filed with the Motion for Summary Judgment, states in paragraph No. 5 that the monthly payments from 4/03 - 8/03 were without problem but this is incorrect

as my payment sent on 5/13/03 (check No. 6473) was not processed and a Provident employee told me when I called that it had been "lost" or "misplaced" so I incurred a unilaterally assessed and not agreed to charge $25. However, this charge does not appear on Provident's loan history summary.

5.      By check No. 6796, on July 1, 2003, I mailed in my July payment but Provident did not apply this check until July 11, 2003.

6.      By check No. 6815, on August 6, 2003, I mailed in my August payment but Provident did not apply it until August 11, 2003.

7.      By check No. 6839, on September 4, 2003, I mailed in my September, 2003 payment but Provident did not apply this check until September 17, 2003.

8.      On September 16, 2003, I was advised of a late charge, which Tammy Cole waived when I showed her that Provident made a mistake.

9.      On or about September 23, 2003, I spoke on the telephone with Tammy Cole of Provident and she sent me a confirmatory letter on that date, a copy of which is annexed hereto and marked as Exhibit C.

10.     Tammy Cole told me that she was a collections' supervisor, that Provident was having a lot of problems with payment checks being deposited and being misplaced but not lost. She told me that to make sure this did not happen again, I should mail my payments to Atlanta and to be really safe, I should do this by certified mail.

11.     I told Tammy Cole that I had credit problems in the past and that I wanted no problems with my mortgage and that I was very concerned about how my account was being serviced.

12.     In order to be able to prove receipt of my payment on October 1, 2003, I sent my mortgage payment by certified mail. My check was received at 8:35 a.m. on October 14, 2003, but I was still assessed a late charge on October 16, 2003 that was waived because it should not have

been charged to me. (A tracking order is annexed and marked as Exhibit D.)

13.    By check No. 6881, on November 5, 2003, I mailed in my November payment which was credited on November 18, 2003 but paid on November 10, 2003.

14.    Tammy Cole instructed me to use the Atlanta address so that I could get someone to sign a receipt for certified mail. She failed to give me the suite number which she confirmed by e-mail. (A copy of said e-mail is annexed hereto and marked as Exhibit E.)

15.    In paragraph No. 14 of Ms. Cole's Affidavit, she states that my November payment was somehow misplaced but "...was found and posted on November 10, 2003." However, Provident's loan history summary does not show this payment being posted until November 18, 2003.

16.    By check No. 6903, on December 1, 2003, I mailed in my December payment and it was received on December 8, 2003 but misplaced so I sent a replacement check that was received by Provident on December 11, 2003. I have annexed a postal e-mail delivery notice. Provident "lost" this check but Tammy Cole told me to wait and see if it turns up and she will waive the late charge.

17.    Provident eventually found my check and returned it by mail. I decided that it was clear that Provident was not servicing my account properly and I had to arrange to pay off their mortgage which I did not want to do.

18.    I kept in contact with Ms. Cole and I made an on-line payment (by phone) later in December, 2003 and I then determined that Provident could not, or would not, service my account properly. I also told her this and she confirmed this fact to me.

19.    Ms. Cole told me that late charges are profits for Provident and that only a small percentage of the borrowers complain and that complainers like me should refinance.

20.    Ms. Cole told me that there was still a problem with the December payment so on or about January 6, 2004, I made two (2) payments totaling $6,368.46 by on-line payment (paid by

phone). She told me to take my loan to another bank and that Provident would waive the prepayment charges.

21.    Later, Ms. Cole told me that her supervisor at Provident would not waive the prepayment charges.

22.    To avoid any late changes, I paid the February, 2004 payment using on-line (by phone) on February 10, 2004.

23.    I do not feel that I had any choice but to refinance my mortgage loan with another bank as advised by Ms. Cole. Otherwise, my credit rating would be hurt and I could face a foreclosure.

24.    On February 18, 2004, the attorney for my new mortgagee paid in full my mortgage loan. Enclosed is a copy of his client's funds check in an amount of $461,095.97. This check was posted on February 19, 2004. A copy of this check is annexed thereto and marked as Exhibit F.

25.    On February 17, 2004, Provident sent me a payoff letter which stated that if $461,929.73 was to be paid (including $8,453.21 as a prepayment penalty and $45.00 in fees).

26.    On or about March 17, 2004 (approximately one month later), I received a check in an amount of $92.62 from Provident marked "Escrow Account" but with no further explanation. I had no escrow account with Provident.

27.    Prior to having the Provident loan paid off, I advised Provident that I was paying under protest and that the prepayment penalty and any other fees should have been waived because of their terrible servicing, which literally forced me to refinance.

28.    I have reviewed the loan history summary that was provided to my attorney on December 10, 2004 and I have highlighted items that I believe were improperly noted therein. A copy is annexed hereto and marked as Exhibit G.

29.    I was <u>never</u> told by Ms. Cole or anyone else at Provident <u>not</u> to make my payments to Atlanta.

30.    I do not know what line 901 on the Settlement Statement ($467.90 1/6/03-1/1/03 interest charge is.

31.    My damages, in addition to legal fees, are:

      a.    Prepayment penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . $   8,453.21

      b.    Payoff related fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45.00

      c.    Settlement charges for new loan . . . . . . . . . . . . . . . . . <u>20,504.24</u>

                                                           TOTAL    <u>$29,002.45</u>

32.    I believe that my records, contrasted with Provident's records, establishes that Provident holds mortgage payment checks and does not post them within one (1) day or on the same day if received before 12:00 p.m.

33.  I believe that the $78.00 charge as a tax service fee is unreasonable as I paid for a Certificate of Municipal Liens and to record this.

SIGNED UNDER THE PAINS AND PENALTIES PERJURY THIS 11TH DAY OF FEBRUARY, 2005.

/s/
_____
Ronald J. Pomykala

**A. Settlement Statement**

U.S Department of Housing
And Urban Development

OMB Approval No. 2502-0265

**B. Type of Loan**

| 1 ○ FHA | 2 ○ FmHA | 3 ◉ Conv. Unins. | 6. File Number: 7296 | 7. Loan Number: 0000779213 | 8. Mortgage Ins. Case No.: |
|---|---|---|---|---|---|
| 4 ○ VA | 5 ○ Conv. Ins. | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name and Address of Borrower:**
Ronald J. Pomykala, 109 Sandwich Street, Plymouth, MA 02360

**E. Name and Address of Seller:**
Tiziana Todde Miele, 15 Cushman Street, Plymouth, MA 02360

Seller's TIN#:

**F. Name and Address of Lender:**
The Anyloan Company
340 Commerce Suite 200
Irvine, CA, 92602

**G. Property Location:**
15 Cushman Street
Plymouth, MA 02360

**H. Settlement Agent:** Joanne P. Duffy

**Place of Settlement:** 345 Court Street, Plymouth, MA 02360

**City/Cnty of Settlement:** Plymouth    Plymouth    January 6, 2003

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | $506,000.00 | 401. Contract sales price | $506,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | $13,219.49 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | $519,219.49 | **420. Gross Amount Due To Seller** | $506,000.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | $5,000.00 | 501. Excess deposit (see instructions) | $2,500.00 |
| 202. Principal amount of new loan(s) | $455,400.00 | 502. Settlement charges to seller (line 1400) | $38,405.36 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1  Mortgage Electronic Registration Syst | $262,714.93 |
| 205. | | 505. Payoff 2 | |
| 206. | | 506. final water          toPlymouth | $588.95 |
| 207. | | 507.          to | |
| 208. | | 508.          to | |
| 209. | | 509.          to | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes  1/01/2003 to 01/05/2003 | $52.98 | 510. City/town taxes  1/01/2003 to 01/05/2003 | $52.98 |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $460,452.98 | **520. Total Reduction Amount Due Seller** | $304,262.22 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross amount due from borrower (line 120) | $519,219.49 | 601. Gross amount due to seller (line 420) | $506,000.00 |
| 302. Less amount paid by/for borrower (line 220) | ($460,452.98) | 602. Less amount paid by/for seller (line 520) | ($304,262.22) |
| **303. CASH ◉ FROM ○ TO  BORROWER:** | $58,766.51 | **603. CASH ◉ TO ○ FROM  SELLER:** | $201,737.78 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained in Blocks E,G,H and I and on line 401 (or if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you, if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTIONS: If this real estate was your principal residence, file Form 2110. Sale or Exchange of Principal Residence, for any gain, with your income tax return: for other transactions, complete the applicable parts of Form 4797, Form 8252 And/or Schedule D (Form 1040). You are required by law to provide [see box H] with your correct taxpayer identification number. If you do not provide [see box H] with you correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law, and under penalties of perjury. I certify that the number shown on this statement is my correct taxpayer identification number.

Seller's Signature

**EXHIBIT**
tabbies
4

| L. Settlement Charges | | | | | | | Paid From Borrowers Funds at Settlement | Paid From Sellers Funds at Settlement |
|---|---|---|---|---|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** | | | $506,000.00 @ | | % = | $36,000.00 | | |
| Division of Commission (line 700) as follows: | | | | | | | | |
| 701. | $36,000.00 | to New England Commercial Real Estate | | | | | | |
| 702. | | to | | | | | | |
| 703. Commission paid at Settlement | | | | | | | | $36,000.00 |
| 704. | | | | | | | | |
| **800. Items Payable In Connection With Loan** | | | | | | | | |
| 801. Loan Origination fee | | 2 % | National City Mortgage | | POC: | | $9,108.00 | |
| 802. Loan Discount | | % | | | POC: | | | |
| 803. Appraisal Fee | | to | National City Mortgage | | POC: | $275.00 | | |
| 804. Credit Report Fee | | to | National City Mortgage | | POC: | | $16.50 | |
| 805. Underwriting Fee | | to | The Anyloan Company | | POC: | | $300.00 | |
| 806. Document Fee | | to | The Anyloan Company | | POC: | | $200.00 | |
| 807. | | to | | | POC: | | | |
| 808. Flood Certification Fee | | to | The Anyloan Company | | POC: | | $11.20 | |
| 809. Tax Service Fee | | to | The Anyloan Company | | POC: | | $78.00 | |
| 810. | | to | | | POC: | | | |
| 811. | | to | | | POC: | | | |
| 812. | | to | | | POC: | | | |
| 813. | | to | | | POC: | | | |
| 814. yiels service premium (4554.00 pd by Anyl | | to | National City Mortgage | | POC: | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | | | | | |
| 901. Interest from | 1/06/2003 | to | 1/01/2003 @ | 93.58 / day -5 | Days | | ($467.90) | |
| 902. Mortgage insurance premium for | | | mo. to | | | | | |
| 903. Hazard insurance premium for | | 1 | yrs. to Quincy Mutual (1186 pd to 01/06/04) | | | | | |
| 904. Flood insurance | | | yrs. to | | | | | |
| 905. Pay 2/01/03 Plymouth tax bill | | | | | | | $1,336.89 | |
| **1000. Reserves Deposited With Lender** | | | | | | | | |
| 1001. Hazard insurance | | | months @ | | per month | | | |
| 1002. Mortgage insurance | | | months @ | | per month | | | |
| 1003. City property taxes | | | months @ | | per month | | $0.00 | |
| 1007. | | | months @ | | per month | | | |
| 1008. Aggregate Accounting Adjustment | | | | | | | | |
| **1100. Title Charges** | | | | | | | | |
| 1101. Settlement or closing fee to | | | | | | | | |
| 1102. Abstract or title search to | | | | | | | | |
| 1103. Title examination to | | | | | | | | |
| 1104. Title insurance binder to | | | | | | | | |
| 1105. Document preparation to | | | | | | | | |
| 1106. Notary fees to | | | | | | | | |
| 1107. Attorney's fees to | | Attorney Joanne P. Duffy | | | | | $600.00 | |
| (includes above items Numbers: 1101, 1103, 1105 | | | | | ) | | | |
| 1108. Title insurance to | | First American Title Insurance Company | | | | | $1,769.80 | |
| (includes above items Numbers: To JPD | | $1,061.88 | To TI | $707.92 | | ) | | |
| 1109. Lender's coverage $455,400.00 | | L Prem: $1,140.00 | | | | | | |
| 1110. Owner's coverage $506,000.00 | | O Prem: $629.80 | | | | | | |
| 1111. Obtain MLC | | | to Plymouth | | | | $25.00 | |
| 1112. Mortgage discharge fee | | | to Attorney Joanne Duffy | | | | | $50.00 |
| 1113. Title Insurance Commission to Title Agent | | | to | | | | | |
| **1200. Government Recording and Transfer Charges** | | | | | | | | |
| 1201. Recording fees: Deed | | $47.00 | ; Mortgage | $54.00 | ; Releases | $32.00 | $101.00 | $32.00 |
| 1202. City/county tax/stamps: | | Deed | | ; Mortgage | | | | |
| 1203. State tax/stamps: | | Deed | $2,307.36 | ; Mortgage | | | | $2,307.36 |
| 1204. | | | to | | | | | |
| 1205. Record Municipal Lien | | | to Plymouth County | | | | $16.00 | |
| **1300. Additional Settlement Charges** | | | | | | | | |
| 1301. Survey to | C & S Engineering | | | | | | $125.00 | |
| 1302. Pest inspection to | | | | | | | | |
| 1303. Mortgage Payoff Fees | | | to Fed Ex | | | | | $16.00 |
| 1304. | | | to | | | | | |
| 1305. | | | to | | | | | |
| 1306. | | | to | | | | | |
| 1307. | | | to | | | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502 Section K)** | | | | | | | $13,219.49 | $38,405.36 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrowers

Ronald J. Pomykala

Sellers

Tiziana Todde Miele

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be dispursed in accordance with this statement

Settlement Agent

Date    January 6, 2003



**NEW CENTURY**℠
MORTGAGE CORPORATION

P.O. Box 54285, IRVINE, CA 92619-4285  (800) 561-4567  FAX (949) 797-5220

March 10, 2003

RONALD POMYKALA
15 CUSHMAN STREET
PLYMOUTH, MA 2360

Re:  Loan Number  779213

Dear Mortgagor(s):

The servicing of your mortgage loan, that is, the right to collect payments from you, is
being assigned, sold or transferred from your present servicer, New Century Mortgage
Corporation ("New Century"), to a new servicer, PCFS Mortgage Resources, a Division
of Provident Bank ("PCFS"), effective **03/24/03** (the "Effective Date" of transfer).
Please be assured that this assignment, sale or transfer of servicing of your mortgage loan
from New Century to PCFS does not in any way affect any terms or conditions of your
mortgage instruments, other than terms directly related to the servicing of your loan.

Please send all payments due on or after 03/24/03 to PCFS at the payment address stated
below.  The date on which New Century will stop accepting payments from you is
03/21/03.  PCFS will begin accepting your payments the day after the transfer date.
PCFS will be mailing you a monthly billing statement shortly.  However, if you do not
receive the billing statement prior to your first payment due date, please send your
payment to the address below.

PAYMENTS AND CORRESPONDENCE

PCFS MORTGAGE RESOURCES
4221 International Parkway, Suite 150
Atlanta, GA 30354

Additional services offered by PCFS Mortgage Resources are:

Automatic Payment Deductions:  PCFS can automatically deduct your payment from the
checking or savings account of your choice.  To sign up for this service, just tear off the
bottom portion of your monthly statement, indicating on the slip your interest in
automatic deductions and return the slip to the correspondence address stated above.

EXHIBIT

ß

**NEW CENTURY** ℠
MORTGAGE CORPORATION

P.O. Box 54285, IRVINE, CA 92619-4285  (800) 561-4567  FAX (949) 797-5220

Escrow:  If you have an escrow/impound account, PCFS will review it annually.  Your payment will then be adjusted to ensure that there will be sufficient funds to cover your property taxes and/or hazard insurance premiums when they are due.

Optional Insurance:  The availability of mortgage life or disability insurance or any other type of optional insurance, although not offered at this time, may be offered by PCFS at some time in the future.

Internal Revenue Reporting:  New Century will send you an interest statement for the period of 2002 and/or 2003 in which New Century serviced your loan. In January 2004 and each year thereafter, PCFS will provide you with an interest statement for the payments you made on your loan on or after the Effective Date of Transfer.  The statement will also reflect the amount disbursed for property taxes, if you have an escrow/impound account for payment of taxes.

Consumer Protection:  You should also be aware of the following information which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605 et. Seq.).

During the 60 day period following the Effective Date of Transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Customer Service:  If you have any questions relating to the transfer of the servicing from your present servicer, you may contact the Loan Servicing Department of New Century at 800-561-4567, between the hours of 8:30 a.m. and 5:30 p.m., PT, Monday through Friday.  If you have any other questions related to the transfer of servicing to your new servicer, you may contact PCFS's Customer Service Department at 800-969-0703, between the hours of 8:30 a.m. and 9:00 p.m., ET, Monday through Thursday and 8:30 a.m. to 6:00 p.m., ET, on Friday.

Sincerely,

Loan Servicing Department

Note; See RESPA Attachment



September 23, 2003


Ronald J. Pomykala
15 Cushman Street
Plymouth, MA 02360


Dear Mr. Pomykala,

Thank you for working with us to resolve your account. I have submitted the request to
have your late fee, in the amount of $95.53, to be credited by the end of business today.
Please be assured that you have not accrued any negative marks toward your credit
history.

We value you as a customer and, again, thank you for working with us. If you have any
questions, do not hesitate to contact me at 513-639-1342 of via fax at 513-639-5437.



Sincerely,

Tammy Cole
Collection Supervisor




EXHIBIT

tabbies'

C

USPS - Track & Confirm

 UNITED STATES
POSTAL SERVICE.

Home

## Track & Confirm

**Shipment Details**

You entered 7001 0360 0003 7044 7914

Your item was delivered at 8:35 am on October 14, 2003 in CINCINNATI, OH 45250.

Here is what happened earlier:

- ARRIVAL AT PICK-UP-POINT, October 13, 2003, 6:18 am, CINCINNATI, OH 45250
- ARRIVAL AT UNIT, October 13, 2003, 6:13 am, CINCINNATI, OH 45250

**Notification Options**

▶ Track & Confirm by email     What is this?     Go >

**Track & Confirm**

Enter label number:

Go >

Track & Confirm FAQs    Go >

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**JOHN J. WALKER**
**ATTORNEY AT LAW**
CLIENT'S FUND ACCOUNT
775 PLEASANT STREET UNIT 16
WEYMOUTH, MA 02189

**UB** WEYMOUTH BANK

53-7210/2113
19584158

09410

February 18, 2004

TO THE
DER OF___ PCFS Mortgage Resources

$ 461,095.97

our Hundred Sixty One Thousand Ninety Five and 97/100

DOLLARS

10:
03-2194

⑆009410⑆ ⑈211372103⑈ 1950 415 8⑈

EXHIBIT

F

PCFS MORTGAGE RESOUR

```
                                                              461,929.73  +
                                                                  92.64  X
                                                                     9.  =
                                                                 833.76  *

                                                              002...........  -
                                                              461,095.97  *
```

February 17, 2004

RONALD J POMYKALA
15 CUSHMAN STREET
781-331-6004
PLYMOUTH MA 02360-0000
Your Reference: dxs

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: 0000779213
RONALD J POMYKALA, SS#: 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
15 CUSHMAN STREET
PLYMOUTH, MA 02360-0000
Loan Type: Conventional   FHA/VA Case #:

When remitting funds, please use our loan number to insure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 12:00 noon will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit. The payoff is subject to final audit when presented. Any overpayment or refunds will be mailed directly to the borrower. We will prepare the release of our interest in the property after all funds have cleared.

| | |
|---|---|
| Projected Payoff Date | 02/29/2004 |
| Principal Balance | $450,837.66 |
| Interest to 02/29/2004 | $2,593.86 |
| Fees | $ 30.00 |
| Prepayment Penalty | $8,453.21 |
| Release Fees | $ 15.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | $0.00 |
| Total Payoff | $461,929.73 |
| Per diem | $ 92.64 |

The next payment due is 03/01/2004. Payments are made by Billing on a Monthly basis. The current interest rate is   7.5000% and the P & I payment is $3,184.23.

**PLEASE CALL THE NUMBER LISTED BELOW TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

PCFS Mortgage Resources,
4221 International Parkway
Suite 150
Atlanta, GA 30354
(770) 909-7979
(866) 729-7237

PO1.doc
12/12/2002 1:51 PM

**Main Identity**

| | |
|---|---|
| **From:** | "Tammy Cole" <tcole@ilcinc.com> |
| **To:** | <ron.pomykala@verizon.net> |
| **Sent:** | Wednesday, November 05, 2003 11:34 AM |
| **Subject:** | Re: Voice Mail This Morning |

I'm presuming it is the address provided to you with your statement.
This is a lockbox and as a result is an automated payment processing.
Something I can't really assist in tracking, should there be a delay.



I do have it documented on 10/22 that we had discussed using the 4221
International Parkway/Atlanta/GA/30354 address as anything that needs a
signature can be done via the front desk.

As it has already been sent, we'll give a whirl with the address you
did send the payment to.

Thank You!
Tammy Cole
Collections Supervisor
Phone #513-639-1342
Fax #513-639-5713 or
tammy.cole@providentbank.com

>>> "ron.pomykala" <ron.pomykala@verizon.net> 11/5/2003 11:29:33 AM
>>>
Thanks Tammy

Is the address the correct one ??

I used

PCFS Financial Services
PO Box 741817
Cincinnati Ohio  45274-1817

Thanks for your help


Ron Pomykala

----- Original Message -----
From: "Tammy Cole" <tcole@ilcinc.com>
To: <ron.pomykala@verizon.net>
Sent: Wednesday, November 05, 2003 11:12 AM
Subject: Voice Mail This Morning


Ron,
   I received your voice mail this morning and have updated the
account
with regards to the payment being sent today.  Wish us luck regarding



EXHIBIT

E

2/19/2004

EXHIBIT

## Main Identity

**From:**     "Tammy Cole" <tcole@ilcinc.com>
**To:**       <ron.pomykala@verizon.net>
**Sent:**     Thursday, November 13, 2003 3:30 PM
**Subject:**  Re: certified mail

Ron,

I am so sorry. You are absolutely correct. The address I was given for Atlanta is missing Suite #150. I do not show the funds posted as yet but, I have documented the account beyond recognition. Please be advised that a 10 day letter was sent to you 11/12. In light of my error, please disregard the letter...Better yet, file it in the trash. I will keep checking your account for the posting of your payment.
Again, I apologize for the confusion.

Thank You!
Tammy Cole
Collections Supervisor
Phone #513-639-1342
Fax #513-639-5713 or
tammy.cole@providentbank.com

>>> "Ron Verizon" <ron.pomykala@verizon.net> 11/13/2003 10:19:26 AM >>>
here is this months payment it was mailed on November 5, 2003  the post office has no record of it. they say that I needed a suite number.

please help
Ron Pomykala

NOTICE:  This message, including all attachments transmitted with it, is for the use of the addressee only. It may contain proprietary, confidential and/or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, you must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message.  If you believe you have received this message in error, please delete it and all copies of it from your system and notify the sender immediately by reply e-mail.  Thank you.

2/19/2004

Loanhist.rpt
09/01/2004  2:36:05PM

**PCFS Mortgage Resources**
**Loan History Summary**

Page #1

Loan ID: 0000779213

Borrower Name: RONALD J POMYKALA

EXHIBIT
G
tabbies

| Trans Date | Due Date | Trans Desc | Rev Code Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/03 | 04/01/03 | New Loan | 0 0 | 454,721.93 | | 454,721.93 | | | | | 0.00 | |
| 04/14/03 | 04/01/03 | Regular Payment | 0 0 | 3,184.23 | 342.22 | 454,379.71 | 2,842.01 | | | | 0.00 | |
| 05/15/03 | 05/01/03 | Regular Payment | 0 0 | 3,184.23 | 344.36 | 454,035.35 | 2,839.87 | | | | 0.00 | |
| 06/13/03 | 06/01/03 | Regular Payment | 0 0 | 3,184.23 | 346.51 | 453,688.84 | 2,837.72 | | | | 0.00 | |
| 07/11/03 | 07/01/03 | Regular Payment | 0 0 | 3,184.23 | 348.67 | 453,340.17 | 2,835.56 | | | | 0.00 | |
| 07/14/03 | 08/01/03 | Regular Payment | 0 0 | 3,184.23 | 350.85 | 452,989.32 | 2,833.38 | | | | 0.00 | |
| 07/15/03 | 08/01/03 | Regular Payment | 1 0 | (3,184.23) | (350.85) | 453,340.17 | (2,833.38) | | | | 0.00 | |
| 08/11/03 | 08/01/03 | Regular Payment | 0 0 | 3,184.23 | 350.85 | 452,989.32 | 2,833.38 | | | | 0.00 | |
| 09/16/03 | 09/01/03 | Regular Payment | 0 0 | 3,184.23 | 353.05 | 452,636.27 | 2,831.18 | | | | 0.00 | |
| 09/17/03 | 09/01/03 | Late Charge Asses | 0 0 | (95.53) | | 452,636.27 | | | | 95.53 | 95.53 | |
| 09/24/03 | 10/01/03 | Regular Payment | 0 0 | 3,184.23 | 355.25 | 452,281.02 | 2,828.98 | | | | 95.53 | |
| 10/16/03 | 10/01/03 | Late Charge Waive | 0 0 | 95.53 | | 452,281.02 | | | | (95.53) | 0.00 | |
| 10/21/03 | 10/01/03 | Late Charge Asses | 0 0 | (95.53) | | 452,281.02 | | | | 95.53 | 95.53 | |
| 11/16/03 | 11/01/03 | Late Charge Waive | 0 0 | 95.53 | | 451,923.55 | | | | (95.53) | 0.00 | |
| 11/18/03 | 11/01/03 | Regular Payment | 0 0 | 3,184.23 | 357.47 | 451,923.55 | 2,826.76 | | | | 95.53 | |
| 12/16/03 | 12/01/03 | Late Charge Asses | 0 0 | (95.53) | | 451,923.55 | | | | 95.53 | 95.53 | |
| 12/22/03 | 12/01/03 | Late Charge Waive | 0 0 | 95.53 | | 451,563.84 | | | | (95.53) | 0.00 | |
| 12/22/03 | 12/01/03 | Regular Payment | 0 6 | 3,184.23 | 359.71 | 451,563.84 | 2,824.52 | | | | 95.53 | |
| 12/26/03 | 01/01/04 | Unapplied Payment | 0 0 | (3,184.23) | (359.71) | 451,923.55 | (2,824.52) | | | | 0.00 | |
| 12/29/03 | 01/01/03 | Regular Payment | 0 0 | 3,184.23 | 359.71 | 451,563.84 | 2,824.52 | | | | 95.53 | |
| 01/02/04 | 01/01/03 | Late Charge Asses | 6 0 | 95.53 | | 451,563.84 | | | | 95.53 | 95.53 | |
| 01/02/04 | 12/01/03 | Unapplied Payment | 0 0 | (3,184.23) | (359.71) | 451,923.55 | (2,824.52) | | | | (95.53) | |
| 01/02/04 | 12/01/03 | Late Charge Waive | 0 0 | 95.53 | | 451,923.55 | | | | (95.53) | 0.00 | |
| 01/07/04 | 12/01/03 | NSF Fee Assessme | 0 0 | (25.00) | | 451,923.55 | | | | | 0.00 | |
| 01/08/04 | 12/01/04 | WebSite Pmt Fee P | 0 0 | (3.00) | | 451,923.55 | | | | | 0.00 | |
| 01/08/04 | 01/01/04 | Unapplied Payment | 0 0 | 6,368.46 | | 451,923.55 | | | | | 0.00 | |
| 01/29/04 | 12/01/04 | Unapplied Payment | 0 0 | (6,368.46) | | 451,923.55 | | | | | 0.00 | |
| 01/29/04 | 12/01/04 | Regular Payment | 0 0 | 3,184.23 | 359.71 | 451,563.84 | 2,824.52 | | | | 0.00 | |
| 02/06/04 | 02/01/04 | Regular Payment | 0 0 | 3,184.23 | 361.96 | 451,201.88 | 2,822.27 | | | | 0.00 | |
| 02/10/04 | 02/01/04 | NSF Fee Waiver | 0 0 | 25.00 | | 451,201.88 | | | | | 0.00 | |
| 02/17/04 | 02/01/04 | WebSite Pmt Fee W | 0 0 | 3.00 | | 451,201.88 | | | | | 0.00 | |
| 02/19/04 | 03/01/04 | Payoff Fax Assess | 0 0 | (15.00) | | 451,201.88 | | | | | 0.00 | |
| 02/19/04 | 03/01/04 | Regular Payment | 0 0 | 3,184.23 | 364.22 | 450,837.66 | 2,820.01 | | | | 0.00 | |
| 03/01/04 | 03/01/04 | Fax Service Assess | 0 0 | (15.00) | | 450,837.66 | | | | | 0.00 | |
| | | Escrow Only Payme | 0 0 | 92.62 | | 450,837.66 | | 92.62 | 92.62 | | 0.00 | |
| | | Payoff | 0 0 | 452,505.14 | 450,837.66 | 0.00 | 1,667.48 | | 92.62 | | 0.00 | |

Loanhist.rpt

09/01/2004  2:36:05PM

Page #2

# PCFS Mortgage Resources
## Loan History Summary

| Loan ID | Borrower Name |
|---|---|
| 0000779213 | RONALD J POMYKALA |

| Trans Date | Due Date | Trans Desc | Rev Code Flag | Trans Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/04 | 03/01/04 | Prepayment Penal | 0 0 | 8,453.21 | 0.00 | 8,453.21 | | 92.62 | 0.00 | |
| 02/19/04 | 03/01/04 | Release Fee | 0 0 | 15.00 | 0.00 | | | 92.62 | 0.00 | |
| 02/19/04 | 03/01/04 | Payoff Fax Pmt | 0 0 | 15.00 | 0.00 | | | 92.62 | 0.00 | |
| 02/19/04 | 03/01/04 | Fax Service Pmt | 0 0 | 15.00 | 0.00 | | | 92.62 | 0.00 | |
| 03/17/04 | 03/01/04 | Escrow Refund | 0 0 | (92.62) | 0.00 | | (92.62) | | 0.00 | |
| | | | | $454,721.93 | | $41,262.95 | $0.00 | | $0.00 | |