UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br>                                   Plaintiff<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br>                                 Defendants | Civil Action No. 04-11956 RWZ |

**PLAINTIFF'S POSITION AS TO THE DEFENDANTS'
STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

The plaintiff does not dispute the facts contained in paragraphs numbered 1, 2, 3, 4, 17, 18, 20 and 25 of the Statement of Material facts.

However, he does dispute the facts alleged in paragraphs numbered 5-16, 19, 21-24 and 26-28 and he specifically refers to the Affidavit of Ronald J. Pomykala which states what the facts are. Said Affidavit is incorporated herein.

                                              Respectfully submitted,

                                              RONALD J. POMYKALA,, Plaintiff
                                              By his Attorney

                                              /s/ Evans J. Carter
                                              Evans J. Carter, Esq. (BBO # 076560)
                                              Hargraves, Karb, Wilcox & Galvani, LLP
                                              550 Cochituate Road - Post Office Box 966
                                              Framingham, MA  01701-0966
                                              (508) 620-0140

DATED: February 11, 2005