UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RONALD J. POMYKALA, individually
and on behalf of Class Members,
                      Plaintiff

v.

PCFS MORTGAGE RESOURCES
DIVISION OF PROVIDENT BANK and
PROVIDENT FINANCIAL GROUP,
INC.,
                      Defendants

**Civil Action No. 04-11956 RWZ**

### PLAINTIFF'S MOTION TO STRIKE THE AFFIDAVIT OF STEPHEN GABBARD

The plaintiff moves to strike the Affidavit of Stephen Gabbard for a number of reasons.

1. He does not possess personal knowledge of the facts since he was not involved in either the execution of the mortgage loan documents or in the servicing of the mortgage.

2. The alleged "facts" recited are more in line with an expert's opinion but he has not been qualified as an expert.

3. No showing has been made that the Affiant is competent to testify as to the items contained in his Affidavit.

4. Many of the statements would not be admissible into evidence.

Accordingly, the plaintiff moves to strike the Affidavit of Stephen Gabbard.

Respectfully submitted,
RONALD J. POMYKALA,, Plaintiff
By his Attorney

_____
Evans J. Carter, Esq. (BBO # 076560)
Hargraves, Karb, Wilcox & Galvani, LLP
550 Cochituate Road - Post Office Box 966
Framingham, MA 01701-0966
(508) 620-0140

DATED: February 11, 2005

F:\CARTER\POMYKALA\Provident\US DISTRICT COURT\Motion to Strike Affidavit of SG.wpd