UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br>　　　　　　　　　　　　Plaintiff<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br>　　　　　　　　　　　　Defendants | Civil Action No. 04-11956 RWZ |

## PLAINTIFF'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT

The plaintiff cross moves for partial summary judgment with regard to the limited issues of the $78.00 charged for "tax service fee," delayed posting of mortgage payments and the failure to comply with a "qualified written request," Count I, RESPA Violation, and Court X, Unfair Trade Practices.

As grounds for this motion, the plaintiff states that there are no genuine, material issues of fact in dispute and he is entitled to partial judgment as a matter of law.

The plaintiff's motion is supported by the Statement of Material Facts Not in Dispute (which incorporates the Affidavits of Ronald J. Pomykala and Evans J. Carter, Esq., together with the accompanying memorandum.

WHEREFORE, the plaintiff respectfully requests that his motion be granted.

　　　　　　　　　　　　　　　　　　RONALD J. POMYKALA,, Plaintiff
　　　　　　　　　　　　　　　　　　By his Attorney

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Evans J. Carter, Esq. (BBO # 076560)
　　　　　　　　　　　　　　　　　　Hargraves, Karb, Wilcox & Galvani, LLP
　　　　　　　　　　　　　　　　　　550 Cochituate Road - Post Office Box 966
　　　　　　　　　　　　　　　　　　Framingham, MA  01701-0966
　　　　　　　　　　　　　　　　　　(508) 620-0140

DATED: February 11, 2005