UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br>Plaintiff<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br>Defendants | Civil Action No. 04-11956 RWZ |

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

In accordance with Local Rule 56.1, the plaintiff submits this statement of material facts not in dispute:

1.  The defendant, PCFS Mortgage Resources, a division of Provident Bank, is itself a subsidiary of the defendant, Provident Financial Group, Inc. (collectively "Provident"). (Cole Affidavit, para 1.)

2.  At all times material hereto, the plaintiff has resided at 15 Cushman Street, Plymouth, Plymouth County, Massachusetts, which is his home. (Pomykala Affidavit, para. 1.)

3.  On or about January 6, 2003, the plaintiff purchased his home and obtained a mortgage loan from New Century Mortgage Corporation in an amount of $455,400.00. Monthly payments in an amount of $3,184.23 commenced on February 1, 2003. (Pomykala Affidavit, para. 2)

4.  This mortgage loan was assigned by New Century Mortgage Corporation on March 10, 2003, effective on March 24, 2003, and the defendants started to service the mortgage loan on or about that date. As per a notice letter sent to the plaintiff, payment were to be sent to PCFS Mortgage

Resources at 4221 International Parkway, Suite 150, Atlanta, Georgia 30354, as stated in said letter. (Pomykala Affidavit, para. 3.)

5.  The Settlement Statement shows the following charges be made and paid for by the plaintiff:

|  |  |  |
|---|---|---|
| Line 809. | Tax Services Fee | $78.00 |
| Line 1101. | Obtain MLC (Certificate of Municipal Liens) | $25.00 |
| Line 1205. | Record Municipal Lien | $16.00 |

6.  On January 12, 2004, a G.L. Chapter 93A demand letter was sent to the defendants by certified mail, which was signed for. (Carter Affidavit, para. 3.)

7.  On January 29, 2004, an amendment to the demand letter was sent to the defendants by certified mail, which was signed for. (Carter Affidavit, para. 4.)

8.  On February 11, 2004, a reply to said demand letters was received. (Carter Affidavit, para. 5.)

9.  On February 27, 2004, a second amendment to the demand letter was sent by certified mail, which was signed, for. (Carter Affidavit, para. 6.)

10. This second amendment as a "qualified written request" under RESPA. (Carter Affidavit, para. 7.)

11. No accounting of any type whatsoever was received until December 10, 2004, after the court ordered the same. (Carter Affidavit, para. 8.)

12. At no time has Provident made any settlement offers. (Carter Affidavit, para. 9.)

Respectfully submitted,

RONALD J. POMYKALA,, Plaintiff
By his Attorney

_____
Evans J. Carter, Esq. (BBO # 076560)
Hargraves, Karb, Wilcox & Galvani, LLP
550 Cochituate Road - Post Office Box 966
Framingham, MA  01701-0966
(508) 620-0140

DATED: February 11, 2005