UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br>　　　　　　　　　　　　Plaintiff<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br>　　　　　　　　　　　　Defendants | Civil Action No. 04-11956 RWZ |

### PLAINTIFF'S LIMITED OPPOSITION TO THE DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY PENDING RULING ON MOTION FOR SUMMARY JUDGMENT

The defendants, PCFS Mortgage Resources Division of Provident Bank and Provident Financial Group, Inc. (collectively "Provident"), pursuant to Fed. R. Civ. P. 26(c), have moved for an order staying all discovery until the Court issues a ruling with respect to the defendants' pending motion for summary judgment and in principle, the plaintiff has no problem with this. However, since the plaintiff believes that Provident's motion for summary judgment will be denied and that his cross motion for summary judgment will be allowed, he requests that the court enter a discovery order requiring Provident to produce the documents requested in January 14, 2005 in or within thirty (30) days from the date of the Court's decision on Provident's motion.

The plaintiff believes that Provident's motion for summary judgment is a stalling or delaying tactic.

Respectfully submitted,

RONALD J. POMYKALA,, Plaintiff
By his Attorney

_____
Evans J. Carter, Esq. (BBO # 076560)
Hargraves, Karb, Wilcox & Galvani, LLP
550 Cochituate Road - Post Office Box 966
Framingham, MA 01701-0966
(508) 620-0140

DATED: February 11, 2005