UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. POMYKALA, individually and on behalf of Class Members,

Plaintiff,

v.

PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,

Defendants.

CIVIL ACTION NO. 04-11956-RWZ

### DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS PURSUANT TO RULE 56.1

The defendants, PCFS Mortgage Resources Division of Provident Bank and Provident Financial Group, Inc. (collectively "Provident"), pursuant to Local Rule 56.1, hereby respond to the plaintiff, Ronald J. Pomykala's, Statement of Facts in support of his cross-motion for summary judgment.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted that Provident commenced servicing the mortgage loan effective March 24, 2003, but denying that Pomykala was instructed to send the mortgage payments to the Atlanta address. The monthly coupons sent to Pomykala specifically identified that mortgage payments should be sent to Provident's Cincinnati address. Pomykala, in fact, did correctly send his payments to the Cincinnati address for the months of April, May, June, July and August, 2003. See Affidavit of Tammy Cole, paragraphs 4, 5, Ex. B.

# 2629643_v1

5. Admitted.

6. Admitted that a purported demand letter was sent, but denying that it complied with G.L. c. 93A.

7. Admitted that a purported demand letter was sent, but denying that it complied with G.L. c. 93A.

8. Admitted.

9. Admitted that a purported demand letter was sent, but denying that it complied with G.L. c. 93A.

10. Denied, since, <u>inter alia</u>, the loan had been paid off and Provident was no longer servicing the loan.

11. Denied, Pomykala had previously received, <u>inter alia</u>, payoff statements which provided an accounting of the balance due under the loan, including the prepayment penalty. See Supplemental Affidavit of Stephen Gabbard, paragraphs 3, 4, Exhibits A, B.

12. Admitted, Provident denies any liability to Pomykala and believes the claims in this action are frivolous and not advanced in good faith and, therefore, Provident has filed a Rule 11 motion for sanctions.

                                            Respectfully submitted,

                                            PCFS MORTGAGE RESOURCES, ET AL

                                            By their attorneys,

                                            HOLLAND & KNIGHT LLP

                                            _____
                                            Lawrence R. Kulig (BBO No. 544656)
                                            10 St. James Avenue
                                            Boston, MA 02116
                                            (617) 523-2700

Date: February 24, 2005