UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br><br>Plaintiff,<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-11956-RWZ |

## SUPPLEMENTAL AFFIDAVIT OF STEPHEN GABBARD

Stephen Gabbard, under oath, deposes and says as follows:

1. I am a Vice President with the defendant, PCFS Mortgage Resources, a division of Provident Bank, which itself is a subsidiary of Provident Financial Group, Inc. ("Provident").

2. This affidavit supplements my prior affidavit and is submitted in opposition to the Plaintiff's Cross-Motion for Summary Judgment. The statements contained herein are made upon personal knowledge or my review of Provident's loan file and the plaintiff, Ronald J. Pomykala's ("Pomykala"), First Amended Complaint, together with the exhibits attached thereto. Provident's loan file is maintained in the usual course of its business and the documents contained therein are admissible into evidence as business records.

3. Attached hereto as Exhibit A is a copy of the February 6, 2004 payoff letter from Provident, which was requested by Pomykala in connection with his refinancing, which payoff letter provides an accounting of the balance due under the loan, including the prepayment penalty.

4.  Attached hereto as Exhibit B is a copy of the letter, dated March 5, 2004, from Provident's prior counsel, Caroline Gilroy-Brown, Esq., in response to the letter from Attorney Evans Carter, dated February 27, 2004.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 18th DAY OF FEBRUARY, 2005.

_____
Stephen Gabbard

# 2629480_v1                                    2