# EXHIBIT B
*(Supplemental Affidavit of Stephen Gabbard)*



**PSH**
PARTRIDGE
SNOW
HAHN LLP

March 5, 2004

**VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Evans J. Carter, Esq.
Hargraves, Karb, Wilcox & Galvani
550 Chochituate Road
Framingham, MA  01701-0966

    Re:    Ronald J. Pomykala, Mass. Gen. Laws Chapter 93A Demand
             PCFS Loan Number 000779213

Dear Mr. Carter:

       We received your letter of February 27, 2004 on March 2, 2004. I have reviewed this matter again with Provident, and, based upon such review, Provident respectfully rejects your demand as it is not warranted pursuant to said law. Provident stands by the statements in the February 11, 2004 letter.

       National City Corp. has no interest in Mr. Pomykala's loan. All future correspondence should be directed to my attention.

       With regard to your repeated threats to file a class action, it is our belief that Mr. Pomykala's claim is without legal merit. The unique facts of this case, including Mr. Pomykala's repeated attempts to accomplish the impossible by sending payments by means of certified mail to a post office box, makes it certain that this matter could not be maintained as a class action. See Rule 23(b) of the Massachusetts Rules of Civil Procedure. Accordingly, we presume that you will keep in mind an attorney's obligations under Rule 11 and will refrain from filing a class action without "good ground to support it."

                                                      Sincerely,

                                                      Caroline M. Gilroy-Brown

cc:  Elisa Mills, Esq.
       The Provident Bank

730906_1

180 South Main Street • Providence, RI 02903
T: 401-861-8200 • F: 401-861-8210

700 Pleasant Street • New Bedford, MA 02740
T: 774-206-8200 • F: 774-206-8210
www.psh.com

101 Federal Street, Suite 1900 • Boston, MA 02110
T: 617-342-7361 • F: 617-722-8266