# EXHIBIT A
*(Affidavit of Lawrence R. Kulig, Esq.)*

**Kulig, Lawrence R (BOS - X71464)**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Wednesday, November 17, 2004 12:33 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-11956-RWZ Pomykala v. PCFS Mortgage Resources Division of Provident Bank et al "Scheduling Conference" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' --> United States District Court District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 11/17/2004 at 12:33 PM EST and filed on
11/16/2004

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$' Case Name: Pomykala v. PCFS Mortgage Resources Division of Provident Bank et al Case
Number: 1:04-cv-11956 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?94114

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view
the document:

Docket Text:
electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling
Conference held on 11/16/2004. Automatic discovery 12/10/04; plaintiff to inform defendant
by 1/15/05 whether suit is going forward; dispositive motions by 2/1/05; oppositions
2/28/05; Judge will decide on the papers;  (Urso, Lisa)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' --> 1:04-cv-11956 Notice will be electronically mailed to:
Evan J. Carter                                              ecarter@hkwg.com

Lawrence R. Kulig                                           lawrence.kulig@hklaw.com,
carol.oberg@hklaw.com



1:04-cv-11956 Notice will not be electronically mailed to:
```

1