# EXHIBIT B
*(Affidavit of Lawrence R. Kulig, Esq.)*

# Holland + Knight

Tel 617 523 2700
Fax 617 523 6850

Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
www.hklaw.com

Lawrence R. Kulig
617 854 1464
lawrence.kulig@hklaw.com@hklaw.com


December 3, 2004


Evans Carter, Esq.
Hargrove, Karb, Wilcox & Galvani, LLP
550 Cochituate Road
P.O. Box 966
Framingham, MA 01701-0966

    Re:   *Pomykala v. Provident Financial Group, Inc., et al.*
           U.S. District Court, C.A. No. 04-11956 RWZ

Dear Evans:

    I have enclosed Defendants' Automatic Required Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A).

    If you have any questions, please feel free to call at any time.

                          Very truly yours,

                           HOLLAND & KNIGHT LLP

                           Lawrence R. Kulig


LRK/cao
Enclosure

# 2438292_v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. POMYKALA, individually and on behalf of Class Members,<br><br>Plaintiff,<br><br>v.<br><br>PCFS MORTGAGE RESOURCES DIVISION OF PROVIDENT BANK and PROVIDENT FINANCIAL GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 04-11956-RWZ |

DEFENDANTS' AUTOMATIC REQUIRED DISCLOSURE
PURSUANT TO FED. R. CIV. P. 26(a) (1) AND LOCAL RULE 26.2(A)

In accordance with Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), the defendants, PCFS Mortgage Resources Division of Provident Bank and Provident Financial Group, Inc., hereby set forth their automatic required disclosure:

A.   Individuals Likely to Have Discoverable Information

    1   Ronald J. Pomykala, Plymouth, MA (Plaintiff).

    2   John J. Walker, Esq., Weymouth, MA (counsel who handled plaintiff's refinancing in February, 2004).

    3   Tammy Cole, Collections Supervisor, PCFS Mortgage Resources, Cincinnati, Ohio (Telephone Number (513) 639-1342) (interacted with plaintiff and handled servicing of mortgage loan).

The defendants reserve the right to supplement this list.

B.  **Documents Anticipated to be used by Defendants to Support Defenses**

    1    Loan History Summary (showing no late fees or related charges incurred by the plaintiff, a copy of which summary is being provided to plaintiff's counsel herewith).

    2    Mortgage documents, including prepayment penalty rider.

    3    Bank file relating to servicing of mortgage, including history of emails and other communications with Plaintiff, including notices to plaintiff of transfer of servicing.

    4    Mortgage closing documents relating to refinancing in February, 2004.

The defendants reserve the right to supplement this list.

C.  **Computation of Damages**

Based on the Loan History Summary produced, the defendants submit that plaintiff cannot demonstrate that he has suffered any damages resulting from the defendants' alleged conduct.

D.  **Insurance Agreement**

The defendants are not aware of any insurance policy which would cover the claims in the Complaint.

                                Respectfully submitted
                                By their attorneys,

                                _____
                                Lawrence R. Kulig (BBO #544656)
                                HOLLAND + KNIGHT LLP
                                10 St. James Avenue
                                Boston, Massachusetts 02116
                                (617) 523-2700

Dated:   December 3, 2004

Loanhist.rpt

09/01/2004  2:36:05PM

# PCFS Mortgage Resources
## Loan History Summary

Page #1

| Loan ID | Borrower Name |
|---|---|
| 0000779213 | RONALD J POMYKALA |

| Trans Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/03 | 04/01/03 | New Loan | 0 | 0 | 454,721.93 | | 454,721.93 | | | | | 0.00 | |
| 04/14/03 | 04/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 342.22 | 454,379.71 | 2,842.01 | | | | 0.00 | |
| 05/15/03 | 05/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 344.36 | 454,035.35 | 2,839.87 | | | | 0.00 | |
| 06/13/03 | 06/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 346.51 | 453,688.84 | 2,837.72 | | | | 0.00 | |
| 07/11/03 | 07/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 348.67 | 453,340.17 | 2,835.56 | | | | 0.00 | |
| 07/14/03 | 08/01/03 | Regular Payment | 0 | 1 | 3,184.23 | 350.85 | 452,989.32 | 2,833.38 | | | | 0.00 | |
| 07/15/03 | 08/01/03 | Regular Payment | 1 | 0 | (3,184.23) | (350.85) | 453,340.17 | (2,833.38) | | | | 0.00 | |
| 08/11/03 | 08/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 350.85 | 452,989.32 | 2,833.38 | | | | 0.00 | |
| 09/16/03 | 09/01/03 | Late Charge Asses | 0 | 0 | (95.53) | | 452,989.32 | | | | (95.53) | 95.53 | |
| 09/17/03 | 09/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 353.05 | 452,636.27 | 2,831.18 | | | | 95.53 | |
| 09/24/03 | 10/01/03 | Late Charge Waive | 0 | 0 | 95.53 | | 452,636.27 | | | | 95.53 | 0.00 | |
| 10/16/03 | 10/01/03 | Late Charge Asses | 0 | 0 | (95.53) | | 452,636.27 | | | | (95.53) | 95.53 | |
| 10/21/03 | 10/01/03 | Late Charge Waive | 0 | 0 | 95.53 | | 452,636.27 | | | | 95.53 | 0.00 | |
| 10/21/03 | 10/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 355.25 | 452,281.02 | 2,828.98 | | | | 0.00 | |
| 11/16/03 | 11/01/03 | Late Charge Asses | 0 | 0 | (95.53) | | 452,281.02 | | | | (95.53) | 95.53 | |
| 11/18/03 | 11/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 357.47 | 451,923.55 | 2,826.76 | | | | 95.53 | |
| 11/18/03 | 12/01/03 | Late Charge Waive | 0 | 0 | 95.53 | | 451,923.55 | | | | 95.53 | 0.00 | |
| 12/16/03 | 12/01/03 | Late Charge Asses | 0 | 0 | (95.53) | | 451,923.55 | | | | (95.53) | 95.53 | |
| 12/22/03 | 12/01/03 | Unapplied Payment | 0 | 0 | 3,184.23 | | 451,923.55 | | | | | 95.53 | |
| 12/26/03 | 12/01/03 | Unapplied Payment | 0 | 0 | (3,184.23) | | 451,923.55 | | | | | 95.53 | |
| 12/26/03 | 12/01/03 | Regular Payment | 0 | 6 | 3,184.23 | 359.71 | 451,563.84 | 2,824.52 | | | | 95.53 | |
| 12/29/03 | 01/01/04 | Late Charge Waive | 0 | 0 | 95.53 | | 451,563.84 | | | | 95.53 | 0.00 | |
| 01/02/04 | 12/01/03 | Regular Payment | 6 | 0 | (3,184.23) | (359.71) | 451,923.55 | (2,824.52) | | | | 0.00 | |
| 01/02/04 | 12/01/03 | NSF Fee Assessme | 0 | 0 | (25.00) | | 451,923.55 | | | | | 0.00 | |
| 01/02/04 | 12/01/03 | WebSite Pmt Fee P | 0 | 0 | (3.00) | | 451,923.55 | | | | | 0.00 | |
| 01/07/04 | 12/01/03 | Unapplied Payment | 0 | 0 | 6,368.46 | | 451,923.55 | | | | | 0.00 | |
| 01/08/04 | 12/01/03 | Unapplied Payment | 0 | 0 | (6,368.46) | | 451,923.55 | | | | | 0.00 | |
| 01/08/04 | 12/01/03 | Regular Payment | 0 | 0 | 3,184.23 | 359.71 | 451,563.84 | 2,824.52 | | | | 0.00 | |
| 01/08/04 | 01/01/04 | Regular Payment | 0 | 0 | 3,184.23 | 361.96 | 451,201.88 | 2,822.27 | | | | 0.00 | |
| 01/29/04 | 02/01/04 | NSF Fee Waiver | 0 | 0 | 25.00 | | 451,201.88 | | | | | 0.00 | |
| 01/29/04 | 02/01/04 | WebSite Pmt Fee W | 0 | 0 | 3.00 | | 451,201.88 | | | | | 0.00 | |
| 02/06/04 | 02/01/04 | Payoff Fax Assess | 0 | 0 | (15.00) | | 451,201.88 | | | | | 0.00 | |
| 02/10/04 | 02/01/04 | Regular Payment | 0 | 0 | 3,184.23 | 364.22 | 450,837.66 | 2,820.01 | | | | 0.00 | |
| 02/17/04 | 03/01/04 | Fax Service Assess | 0 | 0 | (15.00) | | 450,837.66 | | | | | 0.00 | |
| 02/19/04 | 03/01/04 | Escrow Only Payme | 0 | 0 | 92.62 | | 450,837.66 | | 92.62 | 92.62 | | 0.00 | |
| 02/19/04 | 03/01/04 | Payoff | 0 | 0 | 452,505.14 | 450,837.66 | 0.00 | 1,667.48 | | 92.62 | | 0.00 | |

# PCFS Mortgage Resources
## Loan History Summary

Page #2

| Loan ID | Borrower Name |
|---|---|
| 0000779213 | RONALD J POMYKALA |

| Trans Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Assist Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/04 | 03/01/04 | Prepayment Penal | 0 | 0 | 8,453.21 | | 0.00 | 8,453.21 | | 92.62 | | 0.00 | |
| 02/19/04 | 03/01/04 | Release Fee | 0 | 0 | 15.00 | | 0.00 | | | 92.62 | | 0.00 | |
| 02/19/04 | 03/01/04 | Payoff Fax Pmt | 0 | 0 | 15.00 | | 0.00 | | | 92.62 | | 0.00 | |
| 02/19/04 | 03/01/04 | Fax Service Pmt | 0 | 0 | 15.00 | | 0.00 | | | 92.62 | | 0.00 | |
| 03/17/04 | 03/01/04 | Escrow Refund | 0 | 0 | (92.62) | | 0.00 | | (92.62) | | | 0.00 | |
| | | | | | | | $454,721.93 | $41,262.95 | | $0.00 | | | $0.00 |