# EXHIBIT E
*(Affidavit of Lawrence R. Kulig, Esq.)*

# HARGRAVES, KARB, WILCOX & GALVANI, LLP
## Attorneys at Law

Evans J. Carter, P.C.

550 Cochituate Road
P.O. Box 966
Framingham, MA 01701-0966

Telephone (508) 620-0140
Telefax    (508) 875-7728

# MEMO VIA FAX [617-523-6850]

**To:** Larry Kulig, Esq.
**From:** Evans J. Carter, Esq.
**Subject:** Pomykala, et al. v. Provident Financial Group, Inc., et al.
**Date:** January 7, 2005

Larry:

I have reviewed the PCFS Mortgage Resources' Loan History statement that you forwarded to me and I believe your client has some problems, such as, but not limited to:

1. To date, I have not received a full accounting and I believe the law requires the same to be sent to me (see my letter of 2/13/04 to Caroline M. Gilroy-Brown, Esq,.)

2. On 3/24/03, the principal balance is shown as $454,721.93. This is in error. On line 901 of the Settlement Statement interest was collected, in advance, of $467.90 (from 1/6/03-2/1/03 but the form says for 1/6/03-1/1/03 sic). The first payment was due on 2/1/03 and was paid (Check No. 6414) in an amount of $3,184.23 (which was an overpayment because interest had been prepaid). Also, on 3/5/03 (Check No. 6447), the second payment for $3,184.23 was paid. No credit was given for said $467.90 prepayment of interest.

3. The closing attorney paid to your client $461,929.73 (payoff) that was received by PCFS on 2/18/04 and only $92.62 was refunded as being overpaid. I believe that at least one (1) payment of $3,188.23 was not given credit for.

4. No real estate tax escrow account was established but the following was done in error:

    a. Line 809 of the Settlement Statement shows $78 was collected for a tax service fee; and

    b. $92.62 was refunded with the only explanation being "real estate tax escrow account."

5. The form 1098 summary provided by your client is, again, incorrect because it fails to account for the $467.90 of prepaid interest and also the additional payment.

**HARGRAVES, KARB, WILCOX & GALVANI, LLP**

Larry Kulig, Esq.
Page 2
January 7, 2005

6. I am troubled as well by the unilateral fees charged and not agreed to or disclosed in advance, such as:

    a. Release fee: $15.00 (2/12/04 and 2/17/04 letters);
    b. Fees (unexplained): $15.00 (12/12/04 letter) and $30.00 (2/17/04 letter); and
    c. Check by phone fee: $25.00 (5/13/03 but not utilized).

7. The 2/17/04 payoff letter states that if paid by 2/29/04, the amount is $461,929.73. Since it was paid off on 2/18/04, there should have been a deduction of $92.64 x 11 or $1,019.04. UPS advises that the payoff was received in the morning on 2/18/04 but consistent with the practices of PCFS, it was not applied until the following day, 2/19/04. The loan history statement sent by you to me shows a payoff of $454,721.93 but $461,929.73 was paid.

I think your client has some explaining to do and if we do not settle by next week, then I shall file an amendment to my complaint to cover the above-stated points and proceed to attempt to have a class certified. I do not believe that your client services mortgages as required by law.

I think PCFS is walking away very cheaply by paying $15,000 to Mr. Pomykala and $15,000 to me to settle. This settlement offer shall be automatically terminated on 1/13/04 at 12:00 p.m. unless accepted in writing as I think I am really onto a meritorious class action.

Please advise as soon as possible as I must report to Judge Zobel by 1/15/05.

Annexed are copies of:

    a) Page 2 of the Settlement Statement;
    b) Form 1098 Summary;
    c) 2/12/04 payoff letter;
    d) 2/17/04 payoff letter;
    e) Payment history with copy of the last three payments (Compass Bank records); and
    f) Payoff UPS receipt.

EJC/aec
Enclosures

F:\CARTER\POMYKALA\Provident\Kulig esq.ml8.wpd

L. Settlement Charges

| 700. Total Sales/Broker's Commission based on price | $506,000.00 @ | % = $36,000.00 | Paid From Borrowers Funds at Settlement | Paid From Sellers Funds at Settlement |
|---|---|---|---|---|
| Division of Commission (line 700) as follows: | | | | |
| 701. $36,000.00 to New England Commercial Real Estate | | | | |
| 702. to | | | | |
| 703. Commission paid at Settlement | | | | $36,000.00 |
| 704. | | | | |
| 800. Items Payable In Connection With Loan | | | | |
| 801. Loan Origination fee  2%  National City Mortgage  POC: | | | $9,108.00 | |
| 802. Loan Discount  %  POC: | | | | |
| 803. Appraisal Fee  to National City Mortgage  POC: $275.00 | | | | |
| 804. Credit Report Fee  to National City Mortgage  POC: | | | $16.50 | |
| 805. Underwriting Fee  to The Anyloan Company  POC: | | | $300.00 | |
| 806. Document Fee  to The Anyloan Company  POC: | | | $200.00 | |
| 807.  to  POC: | | | | |
| 808. Flood Certification Fee  to The Anyloan Company  POC: | | | $11.20 | |
| 809. Tax Service Fee  to The Anyloan Company  POC: | | | $78.00 | |
| 810.  to  POC: | | | | |
| 811.  to  POC: | | | | |
| 812.  to  POC: | | | | |
| 813.  to  POC: | | | | |
| 814. yield service premium (4554.00 pd by Anyl to National City Mortgage  POC: | | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | | |
| 901. Interest from 1/06/2003 to 1/01/2003 @ 93.58 / day -5 Days | | | ($467.90) | |
| 902. Mortgage insurance premium for  mo. to | | | | |
| 903. Hazard insurance premium for 1 yrs. to Quincy Mutual (1186 pd to 01/06/04) | | | | |
| 904. Flood insurance  yrs. to | | | | |
| 905. Pay 2/01/03 Plymouth tax bill | | | $1,336.89 | |
| 1000. Reserves Deposited With Lender | | | | |
| 1001. Hazard Insurance  months @  per month | | | | |
| 1002. Mortgage insurance  months @  per month | | | | |
| 1003. City property taxes  months @  per month | | | $0.00 | |
| 1007.  months @  per month | | | | |
| 1008. Aggregate Accounting Adjustment | | | | |
| 1100. Title Charges | | | | |
| 1101. Settlement or closing fee to | | | | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | | | | |
| 1104. Title Insurance binder to | | | | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to  Attorney Joanne P. Duffy | | | $600.00 | |
| (includes above items Numbers: 1101, 1103, 1105 ) | | | | |
| 1108. Title insurance to  First American Title Insurance Company | | | $1,769.80 | |
| (Includes above items Numbers: To JPD $1,061.88 To TI $707.92 ) | | | | |
| 1109. Lender's coverage $455,400.00  L Prem: $1,140.00 | | | | |
| 1110. Owner's coverage $506,000.00  O Prem: $629.80 | | | | |
| 1111. Obtain MLC  to Plymouth | | | $25.00 | |
| 1112. Mortgage discharge fee  to Attorney Joanne Duffy | | | | $50.00 |
| 1113. Title Insurance Commission to Title Agent  to | | | | |
| 1200. Government Recording and Transfer Charges | | | | |
| 1201. Recording fees:  Deed  $47.00 ; Mortgage  $54.00 ; Releases  $32.00 | | | $101.00 | $32.00 |
| 1202. City/county tax/stamps:  Deed  ; Mortgage | | | | |
| 1203. State tax/stamps:  Deed  $2,307.36 ; Mortgage | | | | $2,307.36 |
| 1204.  to | | | | |
| 1205. Record Municipal Lien  to Plymouth County | | | $16.00 | |
| 1300. Additional Settlement Charges | | | | |
| 1301. Survey to  C & S Engineering | | | $125.00 | |
| 1302. Pest inspection to | | | | |
| 1303. Mortgage Payoff Fees  to Fed Ex | | | | $16.00 |
| 1304.  to | | | | |
| 1305.  to | | | | |
| 1306.  to | | | | |
| 1307.  to | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502 Section K) | | | $13,219.49 | $38,405.36 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrowers  
Ronald J. Pomykala

Sellers  
Tiziana Todde Miele

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

Settlement Agent                                           Date   January 6, 2003

```
Jan 05 2005 12:11PM   L P Real Estate LLC        800-705-2396        P.2
```

PAYEE:
THE PROVIDENT BANK
ONE EAST FOURTH STREET
CINCINNATI, OH 45202
PAYEE'S FEDERAL TAX ID NBR: 31-0412725

| 2004 | MORTGAGE INTEREST STATEMENT |

SUBSTITUTE FORM 1098

## 1098 SUMMARY

PLEASE KEEP THIS FORM FOR YOUR RECORDS. DO NOT ATTACH IT TO YOUR INCOME TAX RETURN.

**Instructions for Payer/Borrower**

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.
If you received this statement as the payer of record on a mortgage on which there are other borrowers, please furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction for mortgage interest and points. Each borrower may have to include in income a share of any amount reported in box 3.
If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.
Box 1. - Shows the mortgage interest received by the interest recipient during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. Caution: If you prepaid interest in the year reported that accrued in full by January 15, 2005, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2004 even though it may be included in box 1. If you are a mortgage credit certificate holder, who can claim the mortgage interest credit, see Form 8396, Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation. For example, if a home equity loan exceeds $100,000 ($50,000 if married filing separately) or, together with other home loans, exceeds the fair market value of your home (such as in a high loan-to-value loan), your interest deduction may be limited. For more information, see Pub. 936, Home Mortgage Interest Deduction.
Box 2. - Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in this box may be deductible. See Pub. 936 or your Schedule A (Form 1040) Instructions.

POMYKALA RONALD J
15 CUSHMAN ST
PLYMOUTH MA 02360-4147

THE ACCOUNT NAME AND ADDRESS SHOWN ON THIS MAILER IS DERIVED FROM THE FIRST ACCOUNT NUMBER SHOWN. ALL ACCOUNTS LISTED ARE IDENTIFIED BY THE TAXPAYER ID NUMBER SHOWN TO THE LEFT. IF THERE IS NO TAXPAYER ID SHOWN OR ANY OTHER ERRORS ARE NOTED, PLEASE CALL ONE OF THE NUMBERS LISTED.

YOUR TAXPAYER I.D. NBR:   ████████

THE INFORMATION IN BOXES 1 AND 2 IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THE IRS DETERMINES THAT AN UNDERPAYMENT OF TAX RESULTS BECAUSE YOU OVERSTATED A DEDUCTION FOR THIS MORTGAGE INTEREST OR FOR THESE POINTS ON YOUR RETURN.

\* CAUTION: THE AMOUNT SHOWN MAY NOT BE FULLY DEDUCTIBLE BY YOU. LIMITS BASED ON THE LOAN AMOUNT AND THE COST AND VALUE OF THE SECURED PROPERTY MAY APPLY. ALSO, YOU MAY ONLY DEDUCT INTEREST TO THE EXTENT IT WAS INCURRED BY YOU, ACTUALLY PAID BY YOU AND NOT REIMBURSED BY ANOTHER PERSON.

| ACCOUNT NUMBER | PRINCIPAL BALANCE ON 12/31/04 | ESCROW BALANCE ON 12/31/04 | TAXES PAID THIS YEAR | BOX 1. MORTGAGE INTEREST AND LATE CHARGES RECEIVED FROM BORROWER | BOX 2. POINTS PAID BY PAYER ON PURCHASE OF PRINCIPAL RESIDENCE |
|---|---|---|---|---|---|
| ML  779213 | .00 | .00 | .00 | 15,782.87 | .00 |
| | | | | | |
| YEARLY TOTALS: | | | .00 | \* 15,782.87 | .00 |

FORM CONTROL NUMBER:   89792

February 12, 2004

RONALD J POMYKALA
15 CUSHMAN STREET
PLYMOUTH MA 02360-0000
Your Reference: mjd

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: 0000779213
RONALD J POMYKALA, SS#: ▮▮▮▮▮
15 CUSHMAN STREET
PLYMOUTH, MA 02360-0000
Loan Type: Conventional   FHA/VA Case #:

When remitting funds, please use our loan number to insure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 12:00 noon will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit. The payoff is subject to final audit when presented. Any overpayment or refunds will be mailed directly to the borrower. We will prepare the release of our interest in the property after all funds have cleared.

| | |
|---|---|
| Projected Payoff Date | 02/29/2004 |
| Principal Balance | $450,837.66 |
| Interest to 02/29/2004 | $2,593.86 |
| Fees | $ 15.00 |
| Prepayment Penalty | $8,453.21 |
| Release Fees | $ 15.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | $0.00 |
| Total Payoff | $461,914.73 |
| Per diem | $ 92.64 |

The next payment due is 03/01/2004. Payments are made by Billing on a Monthly basis. The current interest rate is   7.5000% and the P & I payment is $3,184.23. .

**PLEASE CALL THE NUMBER LISTED BELOW TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

PCFS Mortgage Resources,
4221 International Parkway
Suite 150
Atlanta, GA 30354
(770) 909-7979
(866) 729-7237

PO1.doc
12/12/2002 1:51 PM

01/07/2005 FRI 15:03 FAX 508 875 7728 Hargraves    Case 1:04-cv-11956-RWZ  Document 33-6    Filed 02/24/2005    Page 7 of 12    ☒007/011

SENT BY: LAW OFFICES OF JOHN J. WALKER;    781 331 6004 ;    JAN-7-05  1:24PM;    PAGE 4/6

PCFS MORTGAGE RESOUR

```
461,929.73  +
     92.64  x
         9. =
    833.76  *

002··········· -
    461,095.97 *
```

February 17, 2004

RONALD J POMYKALA
15 CUSHMAN STREET
781-331-6004
PLYMOUTH MA 02360-0000
Your Reference: dxs

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: 0000779213
RONALD J POMYKALA, SS#: ███
15 CUSHMAN STREET
PLYMOUTH, MA 02360-0000
Loan Type: Conventional  FHA/VA Case #:

When remitting funds, please use our loan number to insure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 12:00 noon will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit. The payoff is subject to final audit when presented. Any overpayment or refunds will be mailed directly to the borrower. We will prepare the release of our interest in the property after all funds have cleared.

| | |
|---|---|
| Projected Payoff Date | 02/29/2004 |
| Principal Balance | $450,837.66 |
| Interest to 02/29/2004 | $2,593.86 |
| Fees | $ 30.00 |
| Prepayment Penalty | $8,453.21 |
| Release Fees | $ 15.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | $0.00 |
| Total Payoff | $461,929.73 |
| Per diem | $ 92.64 |

The next payment due is 03/01/2004. Payments are made by Billing on a Monthly basis. The current interest rate is 7.5000% and the P & I payment is $3,184.23.

**PLEASE CALL THE NUMBER LISTED BELOW TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

PCFS Mortgage Resources,
4221 International Parkway
Suite 150
Atlanta, GA 30354
(770) 909-7979
(866) 723-7237

PO1.doc
12/12/2002 1:51 PM



**Payments made to Century Mortgage and PSFS**

| Date | check # | Amount |
|---|---|---|
| Feb 2, 2003 | 6414 | 3184.23 |
| Mar 5, 2003 | 6447 | 3184.23 |
| Apr 8, 2003 | 6460 | 3184.23 |
| May 13, 2003 | 6473 | 3184.23 |

Here they charged me a fee for check by phone but still cashed the original check
| May 13, 2003 | 6474 | 25.00 | check by telephone |

| Jun 10, 2003 | 6776 | 3184.23 |
| Jul 1, 2003 | 6796 | 3184.23 |
| Aug 6 2003 | 6815 | 3184.23 |
| Sep 4, 2003 | 6839 | 3184.23 |
| Oct 1, 2003 | 6873 | 3184.23 |
| Nov 5, 2003 | 6881 | 3184.23 |

The check below is the check they sent back to me and never cashed I have the certified receipt for It's delivery
| Dec 1, 2003 | 6903 | 3184.23 |

Now they charged my bank for two payments on
Jan 8, 2004                              6,368.43     (see bank statement)

Now another payment which was debited
from my account on Feb 2, 2004      3184.23


# CompassBank
compassbank.com
1-800-349-7300

1007

STATEMENT OF ACCOUNTS

X

STATEMENT PERIOD
FROM      THROUGH
12-26-03  1-25-04

RONALD J PONYKALA
109 SANDWICH ST
PLYMOUTH MA 02360-2454

PAGE  3 OF  6

14 ENCLOSURES

PREFERRED PLUS                        ACCOUNT: 48414100888

| DATE | ACTIVITY DESCRIPTION | REFERENCE | DEPOSITS/CREDITS | CHECKS/DEBITS | BALANCE |
|---|---|---|---|---|---|
| 01-02 | CHK CARD PUR 064581 617-4798500 MA MAMMAMIA MAMMAMIARES PLYMOUTH MA | | | 25.58 | 2,533.46 |
| 01-03 | CHK CARD PUR 061638 HESS 21331 HESS21331 PLYMOUTH MA | | | 19.46 | 2,514.00 |
| 01-05 | DEPOSIT | 85082400048 | 3,155.00 | | |
| 01-05 | AMERICAN EXPRESS COLLECTION 040103 2200807295 | 00077900000 | | 5.00 | |
| 01-05 | CHK CARD PUR 087110 THEHOMED THEHOMEDEPO PLYMOUTH MA | | | 41.42 | 5,622.58 |
| 01-06 | DEPOSIT | 85015700075 | 325.00 | | |
| 01-06 | DEPOSIT | 85027300048 | 1,100.00 | | |
| 01-06 | CHECK 6916 | 00540207600 | | 206.75 | |
| 01-06 | CHK CARD PUR 01768A VENETIANR VENETIANRE E. WEYMOUTH MA | | | 60.75 | |
| 01-06 | CHK CARD PUR 078095 HESS 21331 HESS21331 PLYMOUTH MA | | | 23.00 | 6,757.07 |
| 01-07 | DEPOSIT | 85008900075 | 290.00 | | |
| 01-07 | CHK CARD PUR 098965 MLSPROPER MLSPROPERT 5088451011 MA | | | 120.00 | 6,927.07 |
| 01-08 | PROVIDIAN PAYMT CREDITCARD 040107 10720040B370109 | 00077900000 | | 50.00 | |
| 01-08 | CAPITAL ONE ONLINE PMT 4007399C0047028 | 00077900000 | | 50.00 | |
| 01-08 | PCFS MTG RES PAYMENT 040107 00602568755 1 | 00077900000 | | 6,368.46 | |
| 01-08 | CHK CARD PUR 056015 ROUTE44G ROUTE44GASO PLYMOUTH MA | | | 27.00 | 431.61 |
| 01-09 | CHECK 6915 | 00555409940 | | 23.48 | |
| 01-09 | ATM CASH W/D 007209 COMPASSBA 32COURTSTR PLYMOUTH MA | | | 100.00 | 308.13 |
| 01-12 | DEPOSIT | 85082400048 | 320.00 | | |
| 01-12 | CHK CARD PUR 035781 BOBSSTORE BOBSSTORES | | | 128.10 | |


## CompassBank
compassbank.com
1-800-349-7300

1007

STATEMENT OF ACCOUNTS

▇▇▇▇▇▇▇   X

| STATEMENT FROM | PERIOD THROUGH |
|---|---|
| 1-26-04 | 2-25-04 |

RONALD J PONYKALA
109 SANDWICH ST
PLYMOUTH MA 02360-2454

PAGE   3 OF   6

14 ENCLOSURES

0

**PREFERRED PLUS**                                        ACCOUNT: 48414100888

| DATE | ACTIVITY DESCRIPTION | REFERENCE | DEPOSITS/CREDITS | CHECKS/DEBITS | BALANCE |
|---|---|---|---|---|---|
| 02-05 | CAPITAL ONE ONLINE PMT 403539960074975 | 00077900000 | | 100.00 | |
| 02-05 | CHK CARD PUR 063514 SHELLOIL SHELLOIL111 HANOVER MA | | | 21.99 | |
| 02-05 | CHK CARD PUR 067311 CVS #2138 CVS #2138 PLYMOUTH MA | | | 14.83 | |
| 02-05 | CHK CARD PUR 095975 MAMMAMIA MAMMAMIARES PLYMOUTH MA | | | 20.70 | |
| 02-05 | CHK CARD PUR 096014 MAMMAMIA MAMMAMIARES PLYMOUTH MA | | | 48.58 | 1,965.43 |
| 02-06 | CHK CARD PUR 004848 BIGVALUE BIGVALUEOUT PEMBROKE MA | | | 16.72 | |
| 02-06 | CHK CARD PUR 026244 MAMMAMIA MAMMAMIARES PLYMOUTH MA | | | 21.83 | |
| 02-06 | CHK CARD PUR 030163 PIZZERIAU PIZZERIAUN HANOVER MA | | | 14.29 | 1,902.59 |
| 02-07 | CHK CARD PUR 057708 UNIONCHOW UNIONCHOWD WEYMOUTH MA | | | 31.35 | |
| 02-07 | POS PURCHASE 167552 EXXONMOBIL PVERCOLLO PEMBROKE MA | | | 29.83 | 1,841.41 |
| 02-09 | DEPOSIT | 85031800048 | 2,580.00 | | |
| 02-09 | CHK CARD PUR 005382 BICKFORD'S BICKFORD' HANOVER MA | | | 78.40 | |
| 02-09 | CHK CARD PUR 013491 THEMAYFLO THEMAYFLOW PLYMOUTH MA | | | 25.90 | |
| 02-09 | CHK CARD PUR 035154 THEMAYFLO THEMAYFLOW PLYMOUTH MA | | | 13.40 | |
| 02-09 | CHK CARD PUR 044786 MAMMAMIA MAMMAMIAPIZ KINGSTON MA | | | 27.25 | 4,276.46 |
| 02-11 | PROVIDENT BANK PAYMENT 040210 | 00077900000 | | 3,184.23 | |

# FAX TRANSMISSION

## HARGRAVES, KARB WILCOX & GALVANI
Attorneys at Law
550 Cochituate Road - P.O. Box 966
Framingham, MA 01701-0966
(508) 620-0140
Fax: (508) 875-7728

| | |
|---|---|
| DATE: | January 7, 2005 |
| TO: | Larry Kulig, Esq. |
| FIRM: | Holland & Knight, LLP |
| CITY/STATE: | Boston, MA |
| FAX NO: | 617-523-6850 |
| SENDER'S NAME: | Evans J. Carter, Esq. |
| RE: | Pomykala, et al. v. Provident Financial Group, Inc,. Et al. |
| NUMBER OF PAGES: | ____ (including cover sheet) |

## M E S S A G E

The information transmitted by this facsimile is considered attorney privileged and confidential and is intended only for the use of the individual or entity named. If the reader of this message is not the intended recipient, you should be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the address indicated above via U.S. Postal Service.

IF YOU DO NOT RECEIVE ANY OF THESE PAGES. PLEASE CALL BACK AS SOON AS POSSIBLE AND ASK FOR ____Andrea____