EXHIBIT G

*(Affidavit of Lawrence R. Kulig, Esq.)*

# HARGRAVES, KARB, WILCOX & GALVANI, LLP

**Attorneys at Law**

**550 Cochituate Road**
**P.O. Box 966**
**Framingham, MA 01701-0966**

Evans J. Carter, P.C.

Telephone  (508) 620-0140
Telefax      (508) 875-7728

# MEMO <u>VIA FAX AND MAIL [617-523-6850]</u>

**To:**       Larry Kulig, Esq.

**From:**    Evans J. Carter, Esq.

**Subject:** Pomykala, et al. v. Provident Financial Group, Inc., et al.

**Date:**    January 14, 2005

The critical issue in this case is your client's practice of not giving credit for payments received on the <u>date</u> received. Your client, today, has not addressed this issue.

Enclosed is plaintiff's First Request for Production of Documents.

EJC/aec
Enclosures