UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RONALD J. POMYKALA, individually
and on behalf of Class Members,
                       Plaintiff

v.

PCFS MORTGAGE RESOURCES
DIVISION OF PROVIDENT BANK and
PROVIDENT FINANCIAL GROUP,
INC.,
                       Defendants

Civil Action No. 04-11956 RWZ

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to F.R.C.P. No. 41(a)(1)(ii), hereby stipulate that the plaintiff's Amended Complaint and the Defendants' Motion for Sanctions and the entire action be dismissed, with prejudiced, with all rights of appeal waived and with each party bearing its own risks.

| | |
|---|---|
| Ronald J. Pomykala,<br>Plaintiff<br>By his Attorney<br><br>_____<br>Evans J. Carter, Esq. (BBO # 076560)<br>EVANS J. CARTER, P.C.<br>Post Office Box 812<br>Framingham, MA 01701<br>(508) 875-1669 | PCFS Mortgage Resources Division of<br>Provident Bank and Provident Financial<br>Group, Inc., Defendants<br>By their Attorney<br><br>_____<br>Lawrence R. Kulig (BBO # 544656)<br>Holland & Knight, LLP<br>10 St James Street<br>Boston, MA 02116<br>(617) 523-2700 |

DATED:  December 29, 2005